AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**
FEB 1 7 2004

DAVIS

v.

SHEAHAN

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 1768

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed pursuant to FRCvP 12(b)(6) on the defendants motion. Plaintiffs take nothing from defendants.

Michael W. Dobbins, Clerk of Court

Date: 2/13/2004

Donald Walker, Deputy Clerk