JH

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### JUDGMENT - WITH ORAL ARGUMENT

CERTIFIED COPY

**Date: February 1, 2005**

**BEFORE:**        Honorable WILLIAM J. BAUER, Circuit Judge

Honorable RICHARD A. POSNER, Circuit Judge

Honorable FRANK H. EASTERBROOK, Circuit Judge

No. 04-1443

GENISE HART, CARMEN FELILCIANO, ANN F. GELCO, individually and on behalf of a class, et al.,
            Plaintiffs - Appellants

   v.

MICHAEL F. SHEAHAN, Sheriff of Cook County in his official capacity and COUNTY OF COOK,
            Defendants - Appellees

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division No. 03 C 1768, James B. Zagel, Judge

    The judgment of the District Court is REVERSED, with costs, and the case is REMANDED, in accordance with the decision of this court entered on this date.

(1061-110393)

FILED
FEB 23 2005
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

A True Copy:
Teste:

Clerk of the United States
Court of Appeals for the
Seventh Circuit