# Exhibit C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GENISE HART, CARMEN FELICIANO, )
ANN FRANCIS GELCO, HELEN KOSS, )
CAPRICE MORALES, and MICHAEL )
GANDY, individually and on )
behalf of a class, )
                                )
              Plaintiffs, )
                                )
          vs.                   )   No. 03 C 1768
                                )
MICHAEL SHEAHAN, Sheriff of )
Cook County, in his official )
capacity,                       )
                                )
              Defendant. )

          The deposition of CHRISTINE M. GUZMAN,

called by the Plaintiffs for examination, taken

pursuant to the Federal Rules of Civil Procedure of the

United States District Courts pertaining to the taking

of depositions, taken before KATHLEEN M. DUFFEE, a

Notary Public within and for the County of Cook, State

of Illinois, a Certified Shorthand Reporter and

Registered Professional Reporter of said state, taken

at 500 Daley Center, 66 West Washington Street,

Chicago, Illinois, on the 20th day of May, A.D. 2003 at

10:36 a.m.

```
 1    PRESENT:

 2            THOMAS MORRISSEY, LTD.,
              10249 South Western Avenue
 3            Chicago, Illinois 60643
              (773) 233-7900, by:
 4            THOMAS G. MORRISSEY, ESQUIRE,

 5
                       - and -
 6
              ROBERT H. FARLEY, JR., LTD.,
 7            1155 South Washington Street, Suite 201
              Naperville, Illinois 60540
 8            (630) 369-0103, by:
              ROBERT H. FARLEY, JR., ESQUIRE,
 9
                  appeared on behalf of the Plaintiffs;
10

11            HINSHAW & CULBERTSON LLP,
              222 North LaSalle Street, Suite 300
12            Chicago, Illinois 60601-1081
              (312) 704-3901, by:
13            ROBERT T. SHANNON, ESQUIRE,

14                     - and -

15            RICHARD A. DEVINE, STATE'S ATTORNEY OF
              COOK COUNTY, ILLINOIS,
16            500 Daley Center
              66 West Washington Street
17            Chicago, Illinois 60602, by:
              LOUIS R. HEGEMAN, ESQUIRE,
18
                  appeared on behalf of the Defendant.
19

20

21

22

23

24    REPORTED BY:  KATHLEEN M. DUFFEE, CSR, RPR
```

3

```
1                    I N D E X

2    WITNESS                        EXAMINATION

3    CHRISTINE M. GUZMAN

4         By Mr. Morrissey                5

5         By Mr. Shannon                 186

6         By Mr. Farley                  217

7

8

9                 E X H I B I T S

10   NUMBER                  MARKED        TENDERED

11   Exhibit A1                61            93

12       A2*                   61

13       A3*                   61

14       B1                    61            62

15       B2                    61            62

16       C1                    61            76

17       C2                    61            76

18       D1                    82            83

19       D2                    82            83

20       E1                    82            82

21       E2                    82            82

22       F1                    89            89

23       F2                    89            89

24              * RETAINED BY MR. MORRISSEY
```

4

<u>E X H I B I T S</u>

| NUMBER | MARKED | TENDERED |
|--------|--------|----------|
| Exhibit G1 | 89 | 89 |
| G2 | 89 | 89 |
| H1 | 89 | 89 |
| H2 | 89 | 89 |
| I1 | 90 | 90 |
| I2 | 90 | 90 |
| Group J | 95 | 95 |
| Group K | 95 | 95 |
| Group L | 98 | 98 |
| Group M | 111 | 111, 214 |
| Group N | 117 | 117 |

5

```
 1                    (WHEREUPON, the witness was
 2             duly sworn.)
 3          MR. MORRISSEY:  This is the discovery
 4   deposition of Officer Guzman taken pursuant to notice,
 5   which was noticed for my office.  But for the            10:36:06
 6   convenience of the State's Attorney and the Special
 7   Assistant State's Attorney, we are doing it now at the
 8   State's Attorney's Office.
 9             Officer Guzman, I'm going to ask you a
10   series of questions during this deposition.  You're     10:36:18
11   going to have to answer orally so the court reporter
12   can take down your responses.
13             At any time during this deposition you
14   don't understand one of my questions, please stop me
15   and I'll attempt to rephrase it so it's more            10:36:30
16   understandable.
17             CHRISTINE M. GUZMAN,
18   called as a witness herein by the Plaintiffs, having
19   been first duly sworn, was examined and testified as
20   follows:
21                    EXAMINATION
22   BY MR. MORRISSEY:
23       Q.   Will you please state your full name for the
24   record.
```

6

| | | |
|---|---|---|
| 1 | A.   Christine M. Guzman. | 10:36:38 |
| 2 | Q.   What is your current rank with the Sheriff's | |
| 3 | Office? | |
| 4 | A.   I'm a correctional officer. | |
| 5 | Q.   When did you first become a correctional | 10:36:58 |
| 6 | officer? | |
| 7 | A.   December 18, 1989. | |
| 8 | Q.   What's the highest level of formal education | |
| 9 | you've completed? | |
| 10 | A.   Second year of college. | 10:37:14 |
| 11 | Q.   Where was that at? | |
| 12 | A.   Daley College. | |
| 13 | Q.   Did you have a prior background, before joining | |
| 14 | the Sheriff, in law enforcement? | |
| 15 | A.   No. | 10:37:30 |
| 16 | Q.   Did you have any educational experience prior | |
| 17 | to joining the Sheriff's Office which was related to | |
| 18 | law enforcement? | |
| 19 | A.   No. | |
| 20 | Q.   Since joining the Sheriff's Office in 1989, | 10:37:40 |
| 21 | what divisions have you been assigned to? | |
| 22 | A.   Division III and Division IV. | |
| 23 | Q.   For what period were you in Division III? | |
| 24 | A.   From '89 until they moved the females to | |

1   Division IV.                                          10:38:02

2       Q.   When was that?

3       A.   I don't recall.

4       Q.   How long have you been in Division IV?

5       A.   I don't recall.                             10:38:14

6       Q.   Is Division III located at a different location

7   than Division IV?

8       A.   Yes.

9       Q.   Is Division III on the California side of the

10  jail complex?                                        10:38:34

11      A.   Yes.

12      Q.   When you were assigned to Division III, were

13  you working in the current location of Division III?

14          MR. SHANNON:   I have an objection to form,

15  "current location."                                  10:38:50

16  BY MR. MORRISSEY:

17      Q.   Division IV is located where?

18      A.   On Sacramento.

19      Q.   At some point in time, did Division III house

20  all the female inmates at Cook County jail?          10:39:06

21      A.   Yes.

22      Q.   During that period of time when you were in

23  Division III when it housed all the female inmates, was

24  the building located on Sacramento?

8

| | | |
|---|---|---|
| 1 | A.   I'm confused. | 10:39:26 |
| 2 | Q.   You stated that you've been in Division III and | |
| 3 | IV as a correctional officer; correct? | |
| 4 | A.   Correct. | |
| 5 | Q.   Have you always worked in the same building | 10:39:36 |
| 6 | during that period of time? | |
| 7 | A.   Division III and Division IV are two different | |
| 8 | buildings, so I couldn't have worked in the same | |
| 9 | building if I've worked in two different divisions. | |
| 10 | Q.   Within the last five years, have you worked in | 10:39:54 |
| 11 | the same building? | |
| 12 | A.   Yes. | |
| 13 | Q.   And that's been on Sacramento? | |
| 14 | A.   Yes. | |
| 15 | Q.   So from 1998 through the present, 2003, you've | 10:40:06 |
| 16 | been working in Division IV, which is located on | |
| 17 | Sacramento; correct? | |
| 18 | A.   Yes. | |
| 19 | Q.   At some point in your career, the female | |
| 20 | inmates at the jail were transferred from Division III | 10:40:28 |
| 21 | to Division IV; is that correct? | |
| 22 | A.   Correct. | |
| 23 | Q.   And you don't recall when that occurred? | |
| 24 | A.   No, I don't. | |

1     Q.  Did you ever work in Division III when Division   10:40:40

2  III was used solely to house females that had medical

3  needs?

4        MR. SHANNON:  Objection, relevance.

5          You can answer.  10:40:54

6  BY THE WITNESS:

7     A.  I'm confused by your question.

8  BY MR. MORRISSEY:

9     Q.  I'll rephrase it.

10        To your knowledge, currently what is  10:41:02

11  Division III used for at the jail?

12     A.  I don't know.  I'm in Division IV.

13     Q.  Does Division III house female inmates to your

14  knowledge?

15     A.  Yes.  10:41:18

16     Q.  Okay.  And how do you know that Division III

17  houses female inmates?

18     A.  I've transported female inmates from IV to

19  Division III.

20     Q.  During the last five years, have you  10:41:30

21  transported female inmates from Division IV to

22  Division III?

23     A.  Yes.

24     Q.  In the last five years, have you at times

| | | |
|---|---|---|
| 1 | worked in Division III? | 10:41:42 |
| 2 | A.  No. | |
| 3 | Q.  During the last five years, to your knowledge | |
| 4 | have, at times, correctional officers in Division III | |
| 5 | worked in Division IV? | 10:41:56 |
| 6 | MR. SHANNON:  Objection, form, foundation, | |
| 7 | overly broad, and there's an endless series of | |
| 8 | circumstances, but you can answer. | |
| 9 | BY THE WITNESS: | |
| 10 | A.  No. | 10:42:10 |
| 11 | MR. SHANNON:  Are you talking about at the same | |
| 12 | time?  In terms of assignments?  I mean, that's my | |
| 13 | objection. | |
| 14 | MR. MORRISSEY:  Well, she answered the | |
| 15 | question. | 10:42:20 |
| 16 | BY MR. MORRISSEY: | |
| 17 | Q.  Is there a seniority ranking in Division IV? | |
| 18 | A.  Explain.  I don't understand. | |
| 19 | Q.  Are you a member of any union? | |
| 20 | A.  Yes. | 10:42:42 |
| 21 | Q.  What union are you a member of? | |
| 22 | A.  MAP. | |
| 23 | Q.  What's the name? | |
| 24 | A.  MAP. | |

| | | |
|---|---|---|
| 1 | Q.   Is that an acronym? | 10:42:48 |
| 2 | A.   Metropolitan Alliance of Police. | |
| 3 | Q.   Within Division IV, are you one of the most | |
| 4 | senior correctional officers? | |
| 5 | MR. SHANNON:  Objection, form; vague. | 10:43:04 |
| 6 | You can answer. | |
| 7 | BY THE WITNESS: | |
| 8 | A.   I think I'm No. 14. | |
| 9 | BY MR. MORRISSEY: | |
| 10 | Q.   To your knowledge, how many correctional | 10:43:20 |
| 11 | officers are assigned to Division IV? | |
| 12 | A.   I don't know. | |
| 13 | Q.   The fact that you're ranked No. 14 as far as | |
| 14 | seniority in Division IV, does that give you certain | |
| 15 | privileges or rights under your union contract? | 10:43:40 |
| 16 | A.   What do you mean by "privileges" and | |
| 17 | "rights"? | |
| 18 | Q.   Well, are there -- do you have a choice of | |
| 19 | days that you work due to the fact that you have more | |
| 20 | seniority than other officers? | 10:43:54 |
| 21 | A.   Yes. | |
| 22 | Q.   What is the basis for your having some choice | |
| 23 | of the days that you work? | |
| 24 | MR. SHANNON:  Objection. | |

12

1    BY MR. MORRISSEY:

2        Q.  If you know.

3            MR. SHANNON:  Objection, form; relevance;

4    foundation.

5                    You can answer.                    10:44:10

6    BY THE WITNESS:

7        A.  Explain.  I don't understand what you mean.

8    BY MR. MORRISSEY:

9        Q.  You mentioned that you have some say on

10   what days that you work at the jail, correct, at    10:44:18

11   Division IV?

12       A.  Yes.

13       Q.  What is that based on to your knowledge?

14       A.  A bidding procedure.

15       Q.  Explain what you mean by "a bidding procedure."  10:44:30

16       A.  We bid once a year for our division and shift

17   and days off.

18       Q.  Explain how that bidding works.

19       A.  By seniority, we bid.  We go to a location, and

20   what's available is posted, and we pick where we want  10:45:00

21   to work, what shift, and what days off.

22       Q.  Within a particular division; correct?

23       A.  Across the compound.

24       Q.  Pardon?

13

| | |
|---|---|
| 1 | A. Across the whole compound, you could pick. | 10:45:14 |
| 2 | Q. Is that under your union contract that you have |
| 3 | the right to bid -- |
| 4 | A. Yes. |
| 5 | Q. -- to your knowledge? | 10:45:24 |
| 6 | In March of 2001, did you have a normal |
| 7 | rotation at the Cook County jail? |
| 8 | A. What do you mean, normal rotation? |
| 9 | Q. Do you know what a rotation is? |
| 10 | A. What's a normal rotation? | 10:45:56 |
| 11 | Q. Do you know what a rotation is? |
| 12 | A. No. |
| 13 | Q. At the Cook County jail, are assignments given |
| 14 | to correctional officers for a period of time? |
| 15 | A. What do you mean, period of time? | 10:46:24 |
| 16 | MR. SHANNON: Objection to form. |
| 17 | BY MR. MORRISSEY: |
| 18 | Q. There are 16 tiers in Division IV; correct? |
| 19 | A. Yes. |
| 20 | Q. Correctional officers are assigned to tiers; | 10:46:36 |
| 21 | correct? |
| 22 | A. Yes. |
| 23 | Q. There are other types of assignments that |
| 24 | correctional officers in Division IV are assigned to; |

14

| | | |
|---|---|---|
| 1 | correct? | 10:46:44 |
| 2 | A.  Correct. | |
| 3 | Q.  Tell me some of the other assignments that | |
| 4 | correctional officers of your rank are assigned to. | |
| 5 | MR. SHANNON:  Within Division IV? | 10:46:52 |
| 6 | MR. MORRISSEY:  Within Division IV. | |
| 7 | BY THE WITNESS: | |
| 8 | A.  Okay.  Security, area, medical movement, lobby, | |
| 9 | interlock, tunnel, clothing room, sick call, | |
| 10 | recreation.  That's all I can remember right now. | 10:47:34 |
| 11 | BY MR. MORRISSEY: | |
| 12 | Q.  For a period of time, are correctional officers | |
| 13 | assigned to one post during -- do you know what a post | |
| 14 | is? | |
| 15 | A.  What do you mean by "a period of time"? | 10:48:00 |
| 16 | Q.  All right.  Posts are what you just described. | |
| 17 | A.  Yes. | |
| 18 | Q.  Security, area, medical movement, et cetera; | |
| 19 | correct? | |
| 20 | A.  Yes. | 10:48:08 |
| 21 | Q.  Is there a period of rotation where you as a | |
| 22 | correctional officer would be assigned for a 30-, 60-, | |
| 23 | or 90-day period to work the lobby area? | |
| 24 | A.  Yes. | |

15

1    Q.   What is that called?  Is that called a                10:48:22

2  rotation?

3    A.   Not to me.  Not to my knowledge.

4    Q.   When you're assigned to a particular post for a

5  period of time, what do you call that?                       10:48:36

6    A.   My assignment.

7    Q.   How frequently in Division IV in the year 2001

8  did your assignment change?

9    A.   I don't recall.

10    Q.   In the year 2001, tell me the different             10:48:54

11  assignments you had in Division IV.

12    A.   I don't recall.

13    Q.   In 2002, tell me the different assignments you

14  had in Division IV.

15    A.   2002?  I don't recall.                              10:49:14

16    Q.   Was it common practice in Division IV that if

17  you were assigned to a particular tier, for instance,

18  that was your post, would you be assigned to that post

19  for a 60-day period?

20       MR. SHANNON:  Objection, form, as to "common         10:49:36

21  practice."

22            You can answer.

23  BY THE WITNESS:

24    A.   I'm not sure the amount of time.

1    BY MR. MORRISSEY:

2        Q.   Who would be responsible for assigning you to a

3    particular post --

4        A.   I don't know.

5        Q.   -- during the year?                                    10:49:58

6        A.   I don't know.

7        Q.   When you show up for work in the morning, how

8    do you know what post to go to?

9        A.   It is said in roll call.

10       Q.   Can the post that you work at vary on a daily          10:50:12

11   basis?

12       A.   Sometimes.

13       Q.   Tell me the circumstances when your assignment

14   would change.

15       A.   When officers call in medical.  When the               10:50:28

16   division is short officers.

17       Q.   Typically, in the year 2003, is it common for

18   you to have the same post for a period of time?

19       A.   You said 2003?

20       Q.   Yes.  This year.                                       10:50:56

21       MR. SHANNON:  Objection, form, as to

22   "typically" and to "period of time."  You can answer.

23   BY THE WITNESS:

24       A.   What do you mean by "a period of time"?

17

BY MR. MORRISSEY:

    Q.  Well, to simplify this, you're working today;
correct?

    A.  Yes.

    Q.  Yesterday, what post did you have?      10:51:12

    A.  J-2.

    Q.  J-2 is a tier on the second floor of
Division IV?

    A.  Yes.

    Q.  On Sunday, did you work J-2?      10:51:30

    A.  I worked I and J-2 Sunday.

    Q.  Last week, did you work on I-2 and J-2?

    A.  When last week?

    Q.  A week ago Monday.

    A.  If I recall right, yes.      10:51:54

    Q.  For how long did you work on either I-2 or J-2
in the month of May?

    A.  I don't recall the number of days.

    Q.  In May of 2003, have you worked on any other
tier other than I-2 and J-2?      10:52:18

    A.  No.

    Q.  In April, did you work on either I-2 or J-2?

    A.  I don't recall.

    Q.  In March, do you recall whether you were

1    working I-2 or J-2?                                         10:52:46

2        A.   No.

3        Q.   You were not working I-2 or J-2?

4        A.   No.

5        Q.   Did your assignment vary then?                    10:52:54

6              What assignment did you have in March of

7    2003?

8        A.   It depends on the day.

9        Q.   For how long do you anticipate being assigned

10   to I-2 and J-2?                                            10:53:08

11        MR. SHANNON:  If you know.

12   BY THE WITNESS:

13        A.   I don't know.

14   BY MR. MORRISSEY:

15        Q.   In the year 2003, you probably know what days    10:53:26

16   you have off; correct?

17        A.   Correct.

18        Q.   What days do you have off?

19        A.   Fridays and Saturdays.

20        Q.   How do you know that you have Fridays and        10:53:36

21   Saturdays off?

22        A.   Because I'm off on Friday and Saturday.

23        Q.   This year, do you normally work a regular

24   rotation?

| | |
|---|---|
| 1 | MR. SHANNON:  Do you understand that that means | 10:53:48 |
| 2 | assignment? |
| 3 | BY THE WITNESS: |
| 4 | A.  I'm confused by "rotation." |
| 5 | BY MR. MORRISSEY: | 10:53:52 |
| 6 | Q.  Well, you have a 7:00 to 3:00 rotation, a 3:00 |
| 7 | to 11:00, correct, and an 11:00 to 7:00 in the evening; |
| 8 | right? |
| 9 | MR. SHANNON:  Shifts. |
| 10 | THE WITNESS:  Oh, shifts. | 10:54:00 |
| 11 | BY MR. MORRISSEY: |
| 12 | Q.  Shifts. |
| 13 | A.  Yes. |
| 14 | Q.  So you normally work? |
| 15 | A.  7:00 to 3:00. | 10:54:04 |
| 16 | Q.  The 7:00 to 3:00 shift. |
| 17 | Did you do that in 2002? |
| 18 | A.  Yes. |
| 19 | Q.  And in 2001, did you work the 7:00 to 3:00 |
| 20 | shift? | 10:54:14 |
| 21 | A.  From what I recall, yes. |
| 22 | Q.  In 2001, were you off on Fridays and Saturdays? |
| 23 | A.  I don't recall. |
| 24 | Q.  Last year, were you off on Fridays and |

| | | |
|---|---|---|
| 1 | Saturdays? | 10:54:26 |
| 2 | A.  Yes. | |
| 3 | Q.  You mentioned that Division IV has 16 tiers? | |
| 4 | A.  Yes. | |
| 5 | Q.  Do you understand what a tier is? | 10:54:40 |
| 6 | A.  Yes. | |
| 7 | Q.  What is a tier? | |
| 8 | A.  A tier is a housing unit for pretrial | |
| 9 | detainees. | |
| 10 | Q.  How many floors are contained in Division IV? | 10:54:52 |
| 11 | A.  Should I include the tunnel? | |
| 12 | MR. SHANNON:  You make that clarification, then | |
| 13 | go ahead. | |
| 14 | BY THE WITNESS: | |
| 15 | A.  Okay.  There's two floors plus a tunnel. | 10:55:04 |
| 16 | BY MR. MORRISSEY: | |
| 17 | Q.  Do you know what an end wing is? | |
| 18 | A.  An end wing? | |
| 19 | Q.  Yes. | |
| 20 | A.  Yes. | 10:55:20 |
| 21 | Q.  Are wings and tiers the same thing in Division | |
| 22 | IV? | |
| 23 | A.  Yes. | |
| 24 | Q.  On the first floor of Division IV, is there an | |

21

| | | |
|---|---|---|
| 1 | end wing by the name of "I"? | 10:55:36 |
| 2 | A. There's a Tier I-1. | |
| 3 | Q. And adjacent to I-1, there's an end wing called | |
| 4 | J; correct? | |
| 5 | MR. SHANNON: Did you say "N," as in the letter | 10:55:56 |
| 6 | N, or "end?" | |
| 7 | MR. MORRISSEY: No. End. | |
| 8 | BY MR. MORRISSEY: | |
| 9 | Q. E-N-D tier called J; correct? | |
| 10 | A. Correct. | 10:56:04 |
| 11 | Q. And that's J-1; correct? | |
| 12 | A. Correct. | |
| 13 | Q. Describe how many cells are in I-1. | |
| 14 | MR. SHANNON: If you know. | |
| 15 | BY THE WITNESS: | 10:56:16 |
| 16 | A. 24. | |
| 17 | BY MR. MORRISSEY: | |
| 18 | Q. Is there a control station in I-1? | |
| 19 | MR. SHANNON: Do you know what that term is? | |
| 20 | THE WITNESS: Yeah. | 10:56:36 |
| 21 | BY THE WITNESS: | |
| 22 | A. It's in the middle of I and J-1. | |
| 23 | BY MR. MORRISSEY: | |
| 24 | Q. What do you commonly call that room? | |

22

| | |
|---|---|
| 1 | A.   Monitor. | 10:56:52 |
| 2 | Q.   Describe the physical layout of the monitor |
| 3 | room. |
| 4 | A.   It has two chairs, square.  It has a control |
| 5 | panel. | 10:57:08 |
| 6 | Q.   What is a control panel? |
| 7 | A.   Where you unlock the doors.  It has buttons to |
| 8 | unlock the doors.  That's the monitor. |
| 9 | Q.   Is there a glass that looks into I-1 from the |
| 10 | monitor room? | 10:57:30 |
| 11 | A.   There's a see-through -- I don't know if it's |
| 12 | glass, but yeah. |
| 13 | Q.   Can you look through from the monitor room into |
| 14 | J-1 also? |
| 15 | A.   Yes. | 10:57:44 |
| 16 | Q.   In I-1, you said there's 24 cells; correct? |
| 17 | A.   Yes. |
| 18 | Q.   Are there two levels in I-1? |
| 19 | A.   Yes. |
| 20 | Q.   There's an upper tier that has 12 cells; | 10:58:04 |
| 21 | correct? |
| 22 | A.   Correct. |
| 23 | Q.   And the lower tier has 12 cells; correct? |
| 24 | A.   Correct. |

23

| | | |
|---|---|---|
| 1 | Q.  Each cell has a steel door; correct? | 10:58:14 |
| 2 | A.  It has a door. | |
| 3 | Q.  The door is a solid door; correct? | |
| 4 | A.  No. | |
| 5 | Q.  Describe the door of each cell in I-1.  What | 10:58:22 |
| 6 | does it look like? | |
| 7 | A.  It's a door with a triangle cut out where you | |
| 8 | can see in. | |
| 9 | Q.  How large is that triangle? | |
| 10 | A.  I don't know. | 10:58:34 |
| 11 | Q.  Is it correct that other than that opening, | |
| 12 | that window opening, the doors to each cell are solid | |
| 13 | doors? | |
| 14 | A.  Correct. | |
| 15 | Q.  There is a dayroom in I-1; correct? | 10:58:58 |
| 16 | A.  Correct. | |
| 17 | Q.  Describe what a dayroom is. | |
| 18 | A.  What it's used for, or what it looks like? | |
| 19 | Q.  What does the dayroom look like? | |
| 20 | A.  It's a large room with metal benches and metal | 10:59:16 |
| 21 | tables, and there's plastic chairs.  There's a | |
| 22 | television mounted on the wall.  That's your dayroom. | |
| 23 | Q.  From the monitor station, you can look into the | |
| 24 | dayroom; correct? | |

| | |
|---|---|
| 1 | A.   Correct. | 10:59:40 |
| 2 | Q.   From your monitor station, the first thing you |
| 3 | see is the dayroom, correct, if you're looking into |
| 4 | I-1? |
| 5 | A.   Correct. | 10:59:48 |
| 6 | Q.   And then beyond that, there's two levels of |
| 7 | cells; correct? |
| 8 | A.   Correct. |
| 9 | Q.   And the cells are in an L shape; correct? |
| 10 | The configuration of the room is an | 11:00:02 |
| 11 | L-shaped room; correct? |
| 12 | A.   Correct. |
| 13 | Q.   In the monitor station, do you have cameras? |
| 14 | A.   No. |
| 15 | Q.   From the monitor station, is there any camera | 11:00:20 |
| 16 | that looks into each of the 24 cells in I? |
| 17 | MR. SHANNON:   You mean like television |
| 18 | monitors? |
| 19 | MR. MORRISSEY:   Right. |
| 20 | BY THE WITNESS: | 11:00:32 |
| 21 | A.   No. |
| 22 | BY MR. MORRISSEY: |
| 23 | Q.   Off the dayroom area, are there showers in I? |
| 24 | A.   Yes. |

25

| 1 | Q.   How many showers are there? | 11:00:54 |

1      Q.   How many showers are there?

2      A.   Two.

3      Q.   Inside the cells of I-1, are there showers?

4      A.   No.

5      Q.   Are there phones, public phones, in the dayroom

6 area of I-1?

7      A.   Yes.

8      Q.   How many public phones are there in I-1?

9      A.   I don't recall.  Maybe three or four.

10      Q.   If you're in the dayroom of I-1 and you want to

11 take a prisoner, inmate, out of the dayroom and bring

12 them into the common hallway of Division IV, is there

13 an interlock door?

14      A.   Yes.

15      Q.   What is an interlock?

16             Describe the interlock that an inmate

17 must pass through to either enter or exit I-1.

18      A.   There's an outer door, and then there's the

19 inner door to I-1.

20      Q.   If an inmate is in the dayroom of I-1 and that

21 inmate is going to be escorted out of I-1, they first

22 have to go through one door; correct? .

23             From the monitor station, you have to

24 open the interior door of the interlock; correct?

Timestamps in right margin:
- Line 1: 11:00:54
- Line 5: 11:01:12
- Line 10: 11:01:48
- Line 15: 11:02:10
- Line 20: 11:02:38

| | |
|---|---|
| 1 | MR. SHANNON:  Objection, form; compound. | 11:03:02 |
| 2 | BY MR. MORRISSEY: |
| 3 | Q.  Do you understand what I'm asking you? |
| 4 | A.  No. |
| 5 | Q.  Take me through the steps of how an inmate | 11:03:10 |
| 6 | gets in I-1, can exit I-1, and go into the hallway of |
| 7 | Division IV. |
| 8 | MR. SHANNON:  From the dayroom? |
| 9 | MR. MORRISSEY:  From the dayroom. |
| 10 | BY THE WITNESS: | 11:03:24 |
| 11 | A.  From the dayroom? |
| 12 | BY MR. MORRISSEY: |
| 13 | Q.  Yes. |
| 14 | A.  We open one door.  They step into the |
| 15 | interlock.  That door shuts.  We open the other door to | 11:03:28 |
| 16 | the hallway. |
| 17 | Q.  When you say "we," you mean the correctional |
| 18 | officer that's sitting in the control room; correct? |
| 19 | A.  Yeah. |
| 20 | Q.  Is there any other way for an inmate in I-1 to | 11:03:42 |
| 21 | exit I-1 other than going through the process you just |
| 22 | described? |
| 23 | MR. SHANNON:  To exit the tier now, entirely? |
| 24 | MR. MORRISSEY:  To exit I-1. |

1        MR. SHANNON:  Well --                              11:04:02

2        THE WITNESS:  I'm confused.

3   BY MR. MORRISSEY:

4     Q.  I-1 is the tier, Tier I-1.

5        MR. SHANNON:  Objection, form, as to now         11:04:06

6   whether we're talking about I-1 cells or I-1 dayroom.

7   BY MR. MORRISSEY:

8     Q.  Assuming that the inmate is in the dayroom of

9   I-1 and that inmate is going to leave I-1 for whatever

10  reason, to go to court, go to chapel, go through the      11:04:24

11  tunnel, is there only one means for the inmate to leave

12  I-1?

13    A.  Yes.

14    Q.  And that's through the interlock you just

15  described; correct?                                       11:04:40

16    A.  Yes.

17    Q.  The dayroom area in I-1, are there walls in I-1

18  in the room?

19    A.  Walls?

20    Q.  Yes.                                                11:04:56

21    A.  Yes.

22    Q.  Are those solid walls going up to the ceiling?

23    A.  What do you mean, solid?

24    Q.  Let me rephrase the question.

| | | |
|---|---|---|
| 1 | MR. HEGEMAN:  Here's your copies, gentlemen. | 11:05:10 |
| 2 | This is your originals (indicating), and then there's | |
| 3 | four sets. | |
| 4 | MR. MORRISSEY:  All right. | |
| 5 | MR. HEGEMAN:  They're separated. | 11:05:18 |
| 6 | BY MR. MORRISSEY: | |
| 7 | Q.  Let me go back a step. | |
| 8 | Are there cinder-block walls in the | |
| 9 | dayroom -- | |
| 10 | A.  There's walls. | 11:05:52 |
| 11 | Q.  -- of I-1? | |
| 12 | A.  There's walls.  I don't know if they're cinder | |
| 13 | block. | |
| 14 | Q.  Do the walls go all the way up to the ceiling? | |
| 15 | A.  Yes. | 11:06:04 |
| 16 | Q.  If you're in I-1, I-1 is separated from J-1 by | |
| 17 | the monitor station; correct? | |
| 18 | MR. SHANNON:  Objection, form.  You mean I-1's | |
| 19 | dayroom? | |
| 20 | BY MR. MORRISSEY: | 11:06:34 |
| 21 | Q.  Well, the I-1 tier and the J-1 tier, in between | |
| 22 | those two tiers is the monitoring station; correct? | |
| 23 | MR. SHANNON:  Among other things, or -- | |
| 24 | MR. MORRISSEY:  Well -- | |

29

| | | |
|---|---|---|
| 1 | MR. SHANNON:  Objection to form. | 11:06:48 |
| 2 | BY MR. MORRISSEY: | |
| 3 | Q.  Do you understand the question? | |
| 4 | MR. SHANNON:  Do you understand it? | |
| 5 | THE WITNESS:  Yeah. | 11:06:54 |
| 6 | BY THE WITNESS: | |
| 7 | A.  The monitor and the interlock. | |
| 8 | BY MR. MORRISSEY: | |
| 9 | Q.  Is it possible for an inmate that's in Tier I-1 | |
| 10 | to enter into J-1 without going through the interlock? | 11:07:06 |
| 11 | A.  No. | |
| 12 | Q.  Can an inmate that's in the dayroom at I-1 hand | |
| 13 | an object to an inmate that's in the interlock -- I'm | |
| 14 | sorry.  Let me rephrase that question. | |
| 15 | If you're in the dayroom of I-1 and | 11:07:32 |
| 16 | another inmate is in J-1, the dayroom of J-1, is it | |
| 17 | possible for an inmate in the I-1's dayroom to pass a | |
| 18 | knife to an inmate in the dayroom of J-1 -- | |
| 19 | MR. SHANNON:  Objection. | |
| 20 | BY MR. MORRISSEY: | 11:07:56 |
| 21 | Q.  -- without exiting, going through the | |
| 22 | interlock? | |
| 23 | MR. SHANNON:  Objection, form; foundation; | |
| 24 | speculation. | |

TOOMEY REPORTING (312) 853-0648

30

```
 1              You can answer.                          11:08:04

 2   BY THE WITNESS:

 3      A.  No.

 4   BY MR. MORRISSEY:

 5      Q.  Why is it not possible for an inmate in the  11:08:08

 6   dayroom of I-1 to pass contraband to an inmate that's

 7   in J-1 without leaving the tier?

 8          MR. SHANNON:  Objection to form.

 9   BY MR. MORRISSEY:

10      Q.  If you know.  If you can answer the question. 11:08:24

11          MR. SHANNON:  Objection to form.  You're

12   talking about directly?

13          MR. MORRISSEY:  Directly.

14          MR. SHANNON:  Like instantaneously?

15          MR. MORRISSEY:  Right.                        11:08:32

16          MR. SHANNON:  As opposed to some intermediate

17   source?

18          MR. MORRISSEY:  Correct.

19   BY THE WITNESS:

20      A.  There's an interlock between them.            11:08:36

21   BY MR. MORRISSEY:

22      Q.  So it would be impossible to pass something

23   directly to an inmate that was in the other tier;

24   correct?
```

31

| | | |
|---|---|---|
| 1 | A.  Correct. | 11:08:46 |
| 2 | Q.  Pardon me? | |
| 3 | A.  Correct. | |
| 4 | Q.  If an inmate was in I-1, in the dayroom of I-1, | |
| 5 | would that inmate be able to pass any contraband to an | 11:09:02 |
| 6 | inmate that was in any of the other tiers in | |
| 7 | Division IV without leaving the tier? | |
| 8 | MR. SHANNON:  Objection, form; foundation; | |
| 9 | speculation. | |
| 10 | And, again, I assume you're talking | 11:09:20 |
| 11 | about directly, without the use of any intermediary | |
| 12 | source? | |
| 13 | MR. MORRISSEY:  Correct. | |
| 14 | THE WITNESS:  Can you repeat that, please? | |
| 15 | MR. SHANNON:  He's talking about physically, is | 11:09:30 |
| 16 | it physically possible. | |
| 17 | BY MR. MORRISSEY: | |
| 18 | Q.  If an inmate is in the dayroom of I-1, can that | |
| 19 | inmate directly pass to another inmate that is not in | |
| 20 | that tier contraband without leaving the tier? | 11:09:42 |
| 21 | MR. SHANNON:  Same objection. | |
| 22 | You can answer. | |
| 23 | BY THE WITNESS: | |
| 24 | A.  No. | |

1   BY MR. MORRISSEY:

2       Q.   Would the same be true of the other 15 tiers in

3   Division IV:  that an inmate would not be able to pass

4   contraband to another inmate that was not in their

5   tier?                                                    11:10:08

6       A.   Are you talking about when they're housed on

7   the tier?

8       Q.   Yes.

9            MR. SHANNON:  I'm going to object to it.  I

10  don't know that her personal knowledge of those other    11:10:14

11  tiers and the configuration has been established.

12            Subject to that, you can answer.

13  BY THE WITNESS:

14       A.   Okay.  Repeat it.

15  BY MR. MORRISSEY:                                         11:10:24

16       Q.   Okay.  Can an inmate in any of the other 15

17  tiers pass contraband to an inmate that's not in the

18  tier that she is in without leaving the tier?

19            MR. SHANNON:  Objection, and I'm going to

20  really ask that the word "directly," without the use of  11:10:40

21  any intermediary -- intermediate source be included in

22  the question, so it's not misleading.

23  BY MR. MORRISSEY:

24       Q.   Okay.  To rephrase my question and to follow

| | |
|---|---|
| 1 | Mr. Shannon's line of reasoning, can an inmate that's | 11:10:54 |
| 2 | detained in one tier directly pass contraband to an |
| 3 | inmate that's in another tier of Division IV without |
| 4 | leaving the tier? |
| 5 |      MR. SHANNON:  Same objections, and I think | 11:11:12 |
| 6 | we're getting so broad now that it's really |
| 7 | speculative. |
| 8 | BY MR. MORRISSEY: |
| 9 |     Q.  You can answer the question. |
| 10 |      MR. SHANNON:  She doesn't have a crystal ball. | 11:11:18 |
| 11 |        You can answer. |
| 12 | BY THE WITNESS: |
| 13 |     A.  Are you saying -- see, I don't understand. |
| 14 |        Are you saying that one person on this |
| 15 | tier (indicating) and there's another person on this | 11:11:28 |
| 16 | tier (indicating), without going into any hallways, |
| 17 | they're able to pass? |
| 18 | BY MR. MORRISSEY: |
| 19 |     Q.  Right. |
| 20 |      MR. SHANNON:  Are you talking about, can they | 11:11:36 |
| 21 | put it through the walls, Tom?  I don't understand. |
| 22 |      THE WITNESS:  I'm confused, too.  I'm confused. |
| 23 | BY MR. MORRISSEY: |
| 24 |     Q.  If I'm in I-1, can I pass, physically pass |

1   through the walls or through the monitoring station          11:11:50

2   contraband to somebody that's in J-1?

3       MR. SHANNON:  Are there vents or openings?  If

4   you know.

5   BY THE WITNESS:                                              11:12:00

6       A.  Maybe throw a kite under the door, but --

7   BY MR. MORRISSEY:

8       Q.  Throw a what?

9       A.  A note or something, because, you know, every

10  door has a little bit of space.                              11:12:10

11      Q.  I'm referring to, if I'm in I-1 --

12      A.  Yes.

13      Q.  -- I'm in the dayroom of I-1, could I slip a

14  note under the door to J-1?

15      MR. SHANNON:  Directly into J-1?                          11:12:24

16  BY THE WITNESS:

17      A.  If they could throw it good enough that it went

18  underneath the door.

19  BY MR. MORRISSEY:

20      Q.  What door?                                           11:12:30

21      A.  The interlock door.  There's a little space at

22  the bottom of the door, you know, like there

23  (indicating).  There's a space at the bottom of the

24  door.

1    Q.  But is there a door from I-1 that leads                    11:12:40

2  directly into J-1?

3    A.  No.  There's an interlock area.  But if they

4  throw it hard enough, it could go under the other door.

5    MR. SHANNON:  Tom, I think, for the record, I        11:12:54

6  think the problem with this line of questioning is it's

7  so speculative.

8    MR. MORRISSEY:  I don't --

9    MR. SHANNON:  I think what this witness can

10  properly tell you without speculating is the physical     11:13:02

11  configuration of the premises.

12        What these inmates are capable of, how is

13  she to testify to that?

14        She does not have a crystal ball and

15  cannot predict that.                                       11:13:20

16  BY MR. MORRISSEY:

17    Q.  On the first floor of Division IV, adjacent to

18  J-1 is the dorm K-1, the Tier K-1; correct?

19        On the same side of the hallway, there's

20  a tier called K-1; correct?                                11:13:36

21    A.  On the same side of the hallway, yes.

22    Q.  And J-1 and K-1 --

23    A.  No.  That's inaccurate.

24    Q.  Okay.  Is I on the same side of the hallway as

36

| | | |
|---|---|---|
| 1 | K? | 11:13:58 |
| 2 | A.  Yes. | |
| 3 | Q.  And on the same side of the hallway of | |
| 4 | Division IV on the first floor is a tier called N, as | |
| 5 | in Nancy? | 11:14:14 |
| 6 | A.  On the same side with I and K? | |
| 7 | Q.  Yes. | |
| 8 | A.  No. | |
| 9 | Q.  That would be M? | |
| 10 | A.  Yes. | 11:14:22 |
| 11 | Q.  Okay.  And the end tier on the first floor on | |
| 12 | the same side of the hallway would be Q? | |
| 13 | A.  That's "end"? | |
| 14 | Q.  Yes. | |
| 15 | A.  No. | 11:14:48 |
| 16 | Q.  That would be P? | |
| 17 | A.  Yes. | |
| 18 | Q.  Okay.  So on one side of the hallway on the | |
| 19 | first floor of Division IV, we have the end unit being | |
| 20 | I; correct? | 11:15:14 |
| 21 | A.  Correct. | |
| 22 | Q.  And the next tier down the hallway on the same | |
| 23 | side would be K; correct? | |
| 24 | A.  Correct. | |

1    Q.   And then further along past the                    11:15:20

2  superintendent's office on the same side of the hallway

3  would be M?

4    A.   Correct.

5    Q.   And at the end, the end unit on that side of       11:15:30

6  the hallway would be Q; correct?

7    A.   No.  P.

8    Q.   P.  I'm sorry, P.

9         On the other side of the hallway, we have

10  J; correct?                                              11:15:54

11         The end unit is J, correct, on the first

12  floor of Division IV?

13    A.   Yes, J.

14    Q.   And then L, correct, on that side of the

15  hallway?                                                 11:16:08

16    A.   Correct.

17    Q.   And then we have N; correct?

18    A.   Yes.

19    Q.   And then at the bottom, at the end, we have Q?

20    A.   Correct.                                          11:16:18

21    Q.   Between I and J on that first floor, is there

22  an interlock that a person can pass from -- strike

23  that.  Let me rephrase.

24         The monitor station for J and I, from the

| 1 | monitor station can the correctional officer enter | 11:16:52 |
|---|---|---|

1  monitor station can the correctional officer enter

2  directly into J without going into the interlock?

3      A.  No.

4      Q.  Is the same thing true with Tier I:  that the

5  correctional officer cannot enter I without first going

6  into the interlock?

7      A.  Correct.

8      Q.  Is there a shared interlock for I and J?

9      A.  What do you mean by "shared"?

10      Q.  If I'm in Tier J, the dayroom of Tier J, and

11  I want to go into the interlock, there's a hallway that

12  I have to go into; correct?

13          Let me strike that.

14          If I'm in Tier J in the dayroom and

15  I go into the interlock to exit J, I have to go through

16  one door, correct, to get into the interlock?

17      A.  Correct.

18      Q.  And then there's another door that leads out

19  into the hallway; correct?

20      A.  Correct.

21      Q.  And for each door, the door has to be buzzed

22  open by the monitor office?

23      A.  Correct.

24      Q.  If I wanted to leave Tier J and go into Tier I,

Timestamps in right margin:
11:16:52 (line 1)
11:17:12 (line 5)
11:17:28 (line 10)
11:17:48 (line 15)
11:18:02 (line 20)

1   I would first have to go through the first interlock   11:18:28

2   door; correct?

3       A.  I don't understand.

4       Q.  Okay.  Supposing I'm in Tier I --

5           MR. SHANNON:  In the dayroom?   11:18:40

6           MR. MORRISSEY:  In the dayroom.

7   BY MR. MORRISSEY:

8       Q.  And you were working the monitor station.  You

9   would buzz me in, buzz me out to go into the interlock

10  space; correct?   11:18:50

11      A.  Correct.

12      Q.  And if I wanted to then walk into Tier I, you

13  would just have to buzz me in through the door that

14  opens up into I; correct?

15      A.  What do you mean by you?  Are you an officer,   11:19:06

16  or are you an inmate?

17      Q.  Supposing I'm an inmate.

18          MR. SHANNON:  Explain the process.

19  BY THE WITNESS:

20      A.  I wouldn't buzz you into another tier.   11:19:16

21  BY MR. MORRISSEY:

22      Q.  I understand that.

23          Assuming I'm Superintendent Harrison and

24  I'm in the dayroom of Tier J and I want to go into

| | | |
|---|---|---|
| 1 | Tier I, explain how Superintendent Harrison would go | 11:19:32 |
| 2 | from J to I. | |
| 3 | A.  Okay. | |
| 4 | Q.  You're working in the monitor station. | |
| 5 | A.  I buzz the door for I; let her into the | 11:19:44 |
| 6 | interlock.  When the door shuts, I buzz the door for J | |
| 7 | and let her into J. | |
| 8 | Q.  Is there a third door that enters into the | |
| 9 | hallway? | |
| 10 | MR. SHANNON:  From the interlock? | 11:20:06 |
| 11 | MR. MORRISSEY:  Right, from the interlock. | |
| 12 | BY THE WITNESS: | |
| 13 | A.  Yes. | |
| 14 | BY MR. MORRISSEY: | |
| 15 | Q.  So if I'm Superintendent Harrison and I'm in | 11:20:10 |
| 16 | dayroom J and I want to go into the hallway, explain | |
| 17 | the process that I go through. | |
| 18 | A.  I buzz the J door.  Superintendent comes into | |
| 19 | the interlock.  When that door shuts, I buzz the | |
| 20 | hallway door, and she goes out into the hallway. | 11:20:30 |
| 21 | Q.  Now, you testified that what -- let me ask you | |
| 22 | a question. | |
| 23 | The door for Tier J, there's a door for | |
| 24 | Tier J that you, working in the monitor station, | |

1   control; correct?

2       MR. SHANNON:   The interlock door?

3   BY MR. MORRISSEY:

4       Q.   Isn't that correct?

5       MR. SHANNON:   Is that right?                    11:20:58

6   BY THE WITNESS:

7       A.   Which door?

8   BY MR. MORRISSEY:

9       Q.   The initial door.

10          If Superintendent Harrison is in Tier J    11:21:02

11  of the dayroom and she wants to go into the interlock,

12  there is one door that she has to pass through to go

13  into the interlock; correct?

14      A.   Correct.

15      Q.   How big an area is that interlock?         11:21:14

16      A.   I don't know.

17      Q.   Is it big enough for four people to stand in?

18      A.   Depending on their size, yes.

19      Q.   What is the distance between the door for J and

20  the door for I to enter into the interlock?          11:21:40

21      A.   I don't know.

22      Q.   Is it your testimony that it's possible for an

23  inmate in Tier J to pass some type of contraband from

24  underneath the door of J, interlock door of J, into the

42

| | | |
|---|---|---|
| 1 | interlock and underneath the door of Tier I, the | 11:22:06 |
| 2 | interlock door of I? | |
| 3 | MR. SHANNON:  My objection is, a lot of things | |
| 4 | are possible. | |
| 5 | MR. MORRISSEY:  Well -- | |
| 6 | MR. SHANNON:  Let me finish my objection.  And | |
| 7 | your question to her is speculative now. | |
| 8 | You can answer it if you can. | |
| 9 | BY THE WITNESS: | |
| 10 | A.  So you want my opinion? | 11:22:22 |
| 11 | BY MR. MORRISSEY: | |
| 12 | Q.  Correct. | |
| 13 | MR. SHANNON:  As to whether it's possible. | |
| 14 | BY THE WITNESS: | |
| 15 | A.  If it's possible? | 11:22:28 |
| 16 | Like I said, yeah, they could throw. | |
| 17 | They make these little (indicating) kites.  They could | |
| 18 | throw it, and it may go under the door because there's | |
| 19 | little spaces. | |
| 20 | BY MR. MORRISSEY: | 11:22:38 |
| 21 | Q.  Have you ever seen in an end wing an inmate -- | |
| 22 | MR. SHANNON:  In a what? | |
| 23 | MR. MORRISSEY:  An end wing. | |
| 24 | MR. SHANNON:  End wing. | |

BY MR. MORRISSEY:

Q.   -- end wing of Division IV pass a piece of
paper from the interlock door of one tier into the
interlock door of the other tier, through the interlock
into the other?                                          11:23:02

A.   I haven't seen an inmate, but I've found a kite
on the floor.  I found paper on the floor.  So I don't
know who put it on the floor, but I haven't seen
someone do it, no.

Q.   Between I and K, Tier I and K, they don't share  11:23:26
a common interlock door; correct?

A.   Correct.

Q.   And that would be true with N also; there's one
interlock to get into N?

A.   Correct.                                            11:23:46

Q.   And it's true also for M and L, correct, that
there's one interlock for each tier; correct?

A.   Correct.

Q.   The only tiers that share an interlock are the
end tiers; correct?                                      11:24:00

A.   Correct.

Q.   Okay.  From Tier L is it possible for an
inmate, to your knowledge, if the inmate is in Tier L,
to directly pass contraband from Tier L into any other

| | | |
|---|---|---|
| 1 | tier of Division IV? | 11:24:26 |
| 2 | MR. SHANNON:  Same objection. | |
| 3 | BY MR. MORRISSEY: | |
| 4 | Q.  If you know. | |
| 5 | MR. SHANNON:  Same objection as to form, | 11:24:30 |
| 6 | speculation. | |
| 7 | I assume by "direct," you're meaning hand | |
| 8 | to hand. | |
| 9 | MR. MORRISSEY:  Correct. | |
| 10 | MR. SHANNON:  Is that what you mean? | 11:24:38 |
| 11 | MR. MORRISSEY:  Correct. | |
| 12 | MR. SHANNON:  He means hand to hand, one | |
| 13 | inmate -- | |
| 14 | BY MR. MORRISSEY: | |
| 15 | Q.  Not just hand to hand, but physically to pass | 11:24:44 |
| 16 | contraband from Tier L into any other tier in Division | |
| 17 | IV without leaving that tier. | |
| 18 | MR. SHANNON:  Well, then that implicates | |
| 19 | intermediary sources. | |
| 20 | MR. MORRISSEY:  Let me rephrase the question. | 11:25:08 |
| 21 | BY MR. MORRISSEY: | |
| 22 | Q.  Assuming that there's only one inmate in | |
| 23 | Tier L, there's no intermediary source, could that one | |
| 24 | inmate in Tier L pass contraband without leaving Tier L | |

45

| | | |
|---|---|---|
| 1 | to any other inmate in Division IV to your knowledge? | 11:25:28 |
| 2 | MR. SHANNON: Objection, speculation. | |
| 3 | MR. MORRISSEY: No. It's very clear. | |
| 4 | MR. SHANNON: It's an incomplete hypothetical. | |
| 5 | You haven't identified whether other services are | 11:25:36 |
| 6 | entering the tier or who else is entering the tier. | |
| 7 | BY MR. MORRISSEY: | |
| 8 | Q. Assuming that no other services or workers | |
| 9 | enter into Tier L, is it physically possible for an | |
| 10 | inmate that's in Tier L to pass contraband to another | 11:25:54 |
| 11 | inmate in Division IV? | |
| 12 | MR. SHANNON: Objection, speculation. | |
| 13 | You can answer. | |
| 14 | BY THE WITNESS: | |
| 15 | A. Are you talking about two inmates on two | 11:26:04 |
| 16 | separate tiers? | |
| 17 | BY MR. MORRISSEY: | |
| 18 | Q. Correct. | |
| 19 | A. Or are you talking about an inmate going to the | |
| 20 | nurse's station, passing by Tier L? | 11:26:14 |
| 21 | I don't know exactly what you're talking | |
| 22 | about. | |
| 23 | Q. My question is: Assuming that there is only | |
| 24 | one inmate in Division L and that no other inmate or | |

46

1    correctional officer or worker enters into that tier          11:26:28

2    and assuming that there's no movement in the hallway,

3    is it possible for an inmate, for that one inmate in

4    Tier L to pass contraband to another inmate in other

5    tier --                                                        11:26:52

6         MR. SHANNON:  Objection.

7    BY MR. MORRISSEY:

8         Q.   -- without physically leaving the tier?

9              MR. SHANNON:  Objection, speculation.

10             You can answer.                                      11:26:56

11   BY THE WITNESS:

12        A.   No.

13   BY MR. MORRISSEY:

14        Q.   The configuration that you indicated for the

15   first level of Division IV is the same on level two?          11:27:22

16             Well, let me run through it for you.  On

17   level two, the end units are J and I and Q and P;

18   correct?

19        A.   Correct.

20        Q.   On the second floor, on the same side of the        11:27:42

21   hallway are I-2, K-2, M-2, and P-2?

22        A.   Correct.

23        Q.   And on the other side of the hallway the tiers

24   are J-2, L-2, N-2, and Q-2?

1    A.  Correct.                                              11:28:04

2    Q.  From the -- let me ask you a preliminary

3    question.

4         If you're in L, if you're working as the

5    tier officer in L, is there a monitor station in L,    11:28:28

6    L-1?

7    A.  Yes.

8    Q.  Does L-1 have 20 cells?

9    A.  From what I recall, yes.

10   Q.  And that's true with L, N, K, and M; they each    11:28:48

11   have 20 cells?

12   A.  From what I recall, yes.

13   Q.  On the first and second floors; correct?

14   A.  Correct.

15   Q.  And in each of those tiers, there's two levels    11:29:00

16   of cells; correct?

17   A.  Correct.

18   Q.  There's ten cells on each floor; correct?

19   A.  Correct.

20   Q.  And the cells are kind of in an L shape?          11:29:12

21   A.  Correct.

22   Q.  And in between the upper and lower cell blocks

23   of each tier, there's a dayroom; correct?

24   A.  Correct.

48

1    Q. And in each tier that we described that's not    11:29:38

2  an end unit, there are showers off the dayroom;

3  correct?

4    A. Correct.

5    Q. And there are also telephones in the dayroom;    11:29:50

6  correct?

7    A. Correct.

8    Q. Each tier has a monitor station; correct?

9    A. Correct.

10    Q. From the monitor station, the correctional    11:30:06

11  officer can look into the dayroom, the day area,

12  correct, directly into the day area; correct?

13    A. Directly into the dayroom?

14    Q. Correct.

15    A. Correct.    11:30:22

16    Q. From the monitor station, the correctional

17  officer cannot directly look into the individual cells

18  within the tier; correct?

19    A. Repeat it, please.

20    Q. Okay. You previously stated in the end tiers    11:30:38

21  that each cell has a door. It's a solid door with an

22  opening for a window; correct?

23    A. Correct.

24    Q. From the monitor station, in the non-end tier

49

1  units you cannot look directly into the cells; correct?  11:30:58

2     A.  Correct.

3     Q.  From the monitor station, in each of the

4  tiers -- let me ask you a preliminary question.  Strike

5  that.  11:31:16

6         From the monitor station, is there any

7  intercom system inside each of the cells in the tier,

8  that an inmate can call to the officer in the monitor

9  station?

10        MR. SHANNON:  Objection to form, compound.  11:31:30

11        You can answer.

12  BY THE WITNESS:

13     A.  Explain what do you mean by "monitor."

14  BY MR. MORRISSEY:

15     Q.  Well, there's no intercom system in each of the  11:31:38

16  cells, correct, where an inmate can call you in the

17  monitor station if you're working as the tier officer?

18     A.  No.

19     Q.  In the monitor station, the doors are closed;

20  correct?  11:31:56

21        MR. SHANNON:  Objection, foundation.

22        MR. MORRISSEY:  Let me.

23  BY MR. MORRISSEY:

24     Q.  In Tier L on the first floor, in order for the

```
1    correctional officer to enter into Tier L, the          11:32:12
2    correctional officer has to go in through the
3    interlock; correct?
4        A.   Through an interlock, yes.
5        Q.   And then there has to be a door that has to be  11:32:28
6    opened to go into the tier itself; correct?
7        A.   Correct.
8        Q.   So there's actually two doors, if you were in
9    the monitor station, that you have to go through to
10   actually get into the dayroom of Tier L; correct?        11:32:42
11       A.   Correct.
12       Q.   It's common practice that those interlock doors
13   are always locked; correct?
14       A.   Correct.
15       Q.   Even when the guard, the correctional officer    11:32:56
16   is in the monitor station; correct?
17       A.   Correct.
18           MR. SHANNON:   The interlock doors, is that what
19   you meant to say?
20           THE WITNESS:   That's what he said.               11:33:06
21           MR. MORRISSEY:   Right.
22   BY MR. MORRISSEY:
23       Q.   From the monitor station, can a correctional
24   guard hear an inmate that's in her cell, locked in a
```