# Exhibit C3

1     Q.   Is Felicia Williams a correctional officer at        14:08:24

2  the jail?

3     A.   Yes.

4     Q.   What is her title?

5     A.   Chief union rep.                                      14:08:44

6     Q.   How many correctional officers are assigned to

7  work normally on the 7:00 to 3:00 shift in a weekday?

8     A.   I couldn't tell you.

9     Q.   To your knowledge, do the number of

10 correctional officers that work on a weekday differ        14:09:14

11 from the number of officers that work on, like, on a

12 Sunday?

13    A.   Yes.

14    Q.   Are there more people working on the weekends

15 or less people?                                             14:09:36

16         MR. SHANNON:   Objection, foundation.

17 BY MR. MORRISSEY:

18    Q.   To your knowledge.

19    A.   Less.

20    Q.   In your opinion, does having less officers        14:09:58

21 working on a weekend create more of a security risk to

22 the correctional officers?

23         MR. SHANNON:   Objection, form; relevance.

24              You can answer.

152

| | |
|---|---|
| 1 | BY THE WITNESS: |
| 2 | A.  All I can say is, anytime we're short officers |
| 3 | it's a risk. |
| 4 | BY MR. MORRISSEY: |
| 5 | Q.  In your experience and expertise as a |
| 6 | correctional officer, when inmates are locked in their |
| 7 | cells is the tier more secure than when the inmates are |
| 8 | in the dayroom? |
| 9 | MR. SHANNON:  Secure for who? |
| 10 | BY MR. MORRISSEY: |
| 11 | Q.  What do you mean by security in the jail? |
| 12 | MR. SHANNON:  She didn't say "security." |
| 13 | BY THE WITNESS: |
| 14 | A.  What?  I never used the word "secure," secured |
| 15 | risk. |
| 16 | BY MR. MORRISSEY: |
| 17 | Q.  Is there more of a risk of harm to inmates and |
| 18 | to correctional officers when inmates are in the |
| 19 | dayroom as opposed to being locked down in their cells? |
| 20 | MR. SHANNON:  Objection, form; foundation; |
| 21 | competence as to this witness. |
| 22 | You can answer. |
| 23 | BY THE WITNESS: |
| 24 | A.  You asked -- |

14:10:22

14:10:44

14:10:56

14:11:12

153

| | |
|---|---|
| 1 | MR. SHANNON:  What circumstances?  When?  How? | 14:11:18 |
| 2 | THE WITNESS:  I'm confused. |
| 3 | BY MR. MORRISSEY: |
| 4 | Q.  Well, when inmates are in lockdown, when they |
| 5 | are in their cells, is it a more secure environment for | 14:11:28 |
| 6 | you as you work as the correctional officer on the tier |
| 7 | than when there isn't a lockdown? |
| 8 | A.  In my opinion, it's equal. |
| 9 | Q.  Has your union asked or requested that more |
| 10 | correctional officers be hired? | 14:11:58 |
| 11 | A.  I would not know. |
| 12 | Q.  All right.  Under your union contract -- you're |
| 13 | familiar with the union contract, being a union member, |
| 14 | being a supervisor in the union; correct? |
| 15 | A.  Well, I'm not a supervisor.  I'm a field rep. | 14:12:28 |
| 16 | Q.  You're a field rep? |
| 17 | A.  Uhm-hmm. |
| 18 | Q.  Correctional guards come to you with questions; |
| 19 | correct? |
| 20 | A.  Correct. | 14:12:36 |
| 21 | Q.  They come to you with complaints; correct? |
| 22 | A.  Correct. |
| 23 | Q.  Did your union enter into an agreement with the |
| 24 | Sheriff's Office, a Collective Bargaining Agreement? |

154

| | | |
|---|---|---|
| 1 | A.   Yes. | 14:12:54 |
| 2 | Q.   When was that entered into? | |
| 3 | A.   I don't recall the exact date. | |
| 4 | Q.   And you bid on different assignments under your | |
| 5 | Collective Bargaining Agreement; correct? | 14:13:14 |
| 6 | A.   You don't bid on assignments.  You bid on | |
| 7 | divisions, shifts, and days off. | |
| 8 | Q.   Under your Collective Bargaining Agreement, if | |
| 9 | there is a need for -- a temporary need for | |
| 10 | correctional officers to work in Division III for a | 14:13:34 |
| 11 | two-day period, can the Executive Director assign | |
| 12 | correctional officers that are normally assigned to | |
| 13 | Division IV to Division III for a two-day period? | |
| 14 | MR. SHANNON:  Objection, form; foundation; | |
| 15 | speculation. | 14:13:56 |
| 16 | You can answer. | |
| 17 | BY THE WITNESS: | |
| 18 | A.   That would be against our contract. | |
| 19 | BY MR. MORRISSEY: | |
| 20 | Q.   So under your contract, to your knowledge, a | 14:14:02 |
| 21 | correctional guard cannot during an emergency, if there | |
| 22 | was an emergency at Division III, the Executive | |
| 23 | Director couldn't ask for five correctional guards from | |
| 24 | Division IV to go over to Division III? | |

155

| | |
|---|---|
| 1 | MR. SHANNON:  Objection, foundation; | 14:14:24 |

MR. SHANNON:  Objection, foundation;
speculation.  You're asking, I guess, about the
authorities of the Executive Director to this witness.

Subject to that, you can answer.

BY THE WITNESS:

A.   See, I don't know what the Director can do.  I
just know that it's against our contract, which we
would complain about it and do something about it.

BY MR. MORRISSEY:

Q.   To your knowledge, at times, for a day or for a    14:14:46
few-day period, are correctional officers that normally
are in Division IV assigned to another division for a
day or two?

MR. SHANNON:  Same objection.

You can answer.    14:15:04

BY THE WITNESS:

A.   Not that I recall, no.

BY MR. MORRISSEY:

Q.   Under your contract, can the Superintendent or
the Executive Director ask correctional officers to    14:16:34
work overtime?

MR. SHANNON:  Objection; calls for a legal
conclusion.

MR. MORRISSEY:  Well, she's a union rep.

| | |
|---|---|
| 1 | MR. SHANNON:   You can answer. | 14:16:44 |
| 2 | BY THE WITNESS: |
| 3 | A.   According to the contract, you could ask for |
| 4 | volunteers, and in the contract it states how overtime |
| 5 | is to be done and offered. | 14:16:56 |
| 6 | BY MR. MORRISSEY: |
| 7 | Q.   At times, do they ask for volunteers to work |
| 8 | overtime in Division IV? |
| 9 | A.   Yeah, at times. |
| 10 | Q.   During lockdown weekends, does the jail ever | 14:17:10 |
| 11 | ask correctional officers to work overtime to conduct |
| 12 | searches? |
| 13 | A.   I don't recall. |
| 14 | Q.   If five or six additional -- strike that. |
| 15 | When correctional officers are asked to | 14:17:28 |
| 16 | work overtime, volunteer to work overtime, do they get |
| 17 | greater compensation under your contract? |
| 18 | A.   Under the contract, yes. |
| 19 | Q.   What type of additional compensation does an |
| 20 | officer get? | 14:17:42 |
| 21 | A.   Time and a half. |
| 22 | Q.   Do some of your co-workers, to your knowledge, |
| 23 | want extra overtime?  Do they ask you? |
| 24 | A.   I can only speak for me, not for them. |

1    Q.  If Division IV offered overtime to five or six    14:18:02

2    correctional officers to work for additional hours,

3    could the search of the tiers during a lockdown weekend

4    be done quicker?

5        MR. SHANNON:  Objection, foundation.  It    14:18:26

6    depends upon the circumstances surrounding the search

7    and the contraband that's found.  It calls for complete

8    speculation, and she's not a supervisor.

9    BY MR. MORRISSEY:

10   Q.  You can answer the question.    14:18:38

11   A.  Exactly.  I couldn't tell you.

12   Q.  If volunteers don't step forward to work

13   overtime and the Superintendent or Executive Director

14   needs additional officers to work, can they require

15   officers to work overtime?    14:19:04

16       MR. SHANNON:  Objection, competence;

17   foundation; speculation.

18           If you know what the Executive Director

19   can do.

20   BY THE WITNESS:    14:19:12

21   A.  I don't know what the Executive Director can

22   do.

23           I just know, if you look at the contract,

24   how it's supposed to be done.

1    BY MR. MORRISSEY:

2        Q.   Now, you say it's supposed to be done.

3            In reality, at Cook County jail, does the

4    Executive Director of the jail always follow the letter

5    of the contract?                                          14:19:32

6            MR. SHANNON:  Objection.  It's speculation,

7    foundation.

8    BY THE WITNESS:

9        A.   I could only say what occurs where I work, not

10   across the jail.                                          14:19:40

11   BY MR. MORRISSEY:

12       Q.   What occurs where you work?

13           MR. SHANNON:  If you want to ask a question

14   related to lockdown, ask it, and she'll answer it.

15           MR. MORRISSEY:  That was related to lockdown      14:19:48

16   weekends.

17           THE WITNESS:  Can you repeat that?

18   BY MR. MORRISSEY:

19       Q.   You indicated you can only speak from your own

20   experience.

21            In regards to your personal experience,

22   have supervisors ever requested or demanded that their

23   correctional officers work overtime when they don't

24   want to work?

159

1      MR. SHANNON:  Objection, speculation; lacks          14:20:08

2  personal knowledge.

3              You can answer.

4  BY THE WITNESS:

5      A.  Yes.                                              14:20:14

6  BY MR. MORRISSEY:

7      Q.  And has there been any grievance, to your

8  knowledge, filed in regards to officers having to work

9  overtime?

10     A.  Not to my knowledge, no.                          14:20:28

11     Q.  To your knowledge, during a lockdown weekend

12 why are inmates confined to their cells and not allowed

13 to go into the dayroom?

14     MR. SHANNON:  Wait.  Say that -- I'm sorry.

15 Can you read that?                                         14:20:54

16                  (WHEREUPON, the record was read

17                  by the reporter as requested.)

18     MR. SHANNON:  Objection, foundation;

19 speculation; competence as to this witness.

20             You can answer.                                14:21:12

21 BY THE WITNESS:

22     A.  I don't know.

23 BY MR. MORRISSEY:

24     Q.  In your opinion as a fourteen-year employee of

1    the Department of Corrections, as one of the most                    14:21:24

2    senior officers in Division IV, is there a reason why

3    during a lockdown weekend inmates are not allowed to go

4    into -- to use the dayroom?

5         MR. SHANNON:  Same objection.                                   14:21:42

6    BY MR. MORRISSEY:

7         Q.  During a lockdown weekend.

8         MR. SHANNON:  You can answer.

9    BY THE WITNESS:

10        A.  Repeat it, please.  I'm a little confused.                  14:21:48

11   BY MR. MORRISSEY:

12        Q.  Based upon your experience, during a lockdown

13   weekend is there any reason why inmates are not allowed

14   to use the dayroom during a lockdown weekend?

15        A.  So you want my own personal experience?                     14:22:08

16             Because you're manning two wings and you

17   have to be, actually, in two places at once.  You have

18   to do rounds on both wings because your partner is on

19   the shaker.

20        Q.  Is it your testimony then that during your                  14:22:34

21   entire shift -- let me go back a step.

22             During nonweekend lockdowns, on an end

23   wing do you have two officers?

24        A.  Not at all times.

1     Q.   On a nonlockdown weekend for the K and M, L and     14:23:08

2   N tiers, both the first and second floors, is there

3   always just one officer that monitors the tier?

4     A.   Repeat that.

5     Q.   Okay.  On tiers L, K, N, and M, is there     14:23:38

6   usually just one officer that monitors a tier on both

7   the first and second floors?

8     A.   Yes, except during lunch.

9     Q.   And during lunch, there may not be any officer

10   that monitors the tier?     14:24:04

11     A.   I didn't say that.  During lunch, on the second

12   floor, they cross wings.  They monitor both wings.

13     Q.   What is the standard lunch period for a

14   correctional officer according to his or her union

15   contract?     14:24:34

16     A.   One hour.

17     Q.   So on a normal day, a correctional officer

18   during lunch will monitor not only their own wing but

19   also the wing across the hall?

20     A.   It depends on the wing.  Certain wings are     14:24:50

21   monitored at all times.

22     Q.   Which wings are monitored at all times?

23     A.   K-1, N-1.  Those are the two I recall.

24     Q.   Pardon me?

162

```
1        A.   Those are the only two I recall.              14:25:20

2        Q.   Okay.  The other wings at times, L and K on the

3   second floor, during lunch hour they have only one

4   correctional officer monitoring them?

5        A.   Yeah, they may have.                           14:25:38

6        Q.   In your opinion, does that create a security

7   risk?

8        MR. SHANNON:  Objection, foundation;

9   speculation; competence.

10               You can answer.                             14:25:48

11  BY THE WITNESS:

12       A.   In my opinion, it's overworking the officer.

13  BY MR. MORRISSEY:

14       Q.   What do you mean by "overworking the officer"?

15       A.   Because you have to cross a hall and deal with  14:26:02

16  double the inmates.  So you're going back and forth a

17  lot due to sick call, people going to Cermak, you know,

18  people being called for various things.  You have to

19  keep crossing over the hall.

20       Q.   Now, during a weekday during the lunch period  14:26:28

21  when a correctional officer is cross-watching, let's

22  say, L-2 and K-2, the inmates are allowed in the

23  dayroom; correct?

24       A.   Correct.
```

1       MR. SHANNON:  Objection as to what periods.       14:26:58

2       MR. MORRISSEY:  During the lunch-hour period.

3   BY THE WITNESS:

4       A.  During the officer's lunch?

5   BY MR. MORRISSEY:

6       Q.  Yes.

7       A.  Correct.

8       Q.  Now, on lockdown weekends when there are

9   searches done of the living units, are there usually

10  four or five correctional officers to do the searches?   14:27:22

11      A.  There's no specific number, no specific number.

12      Q.  What's the maximum number of officers that are

13  used, in your experience, to do a living unit search?

14      A.  I do not know.  The numbers change depending on

15  the amount of officers we have.                          14:27:42

16      Q.  What's the least number of people, correctional

17  officers, that you use during that living unit search,

18  that you've experienced?

19      A.  My experience?

20      Q.  More than two?                                   14:27:56

21      A.  In the past during a lockdown, with me, I

22  really couldn't say.  I really couldn't say.

23      Q.  Who assigns the correctional officers during a

24  lockdown weekend to conduct living unit searches?

1      A.  Well, the officers are given an order by their      14:28:22

2  sergeant.  The sergeant tells them if they're assigned

3  to search a tier.

4      Q.  How are you informed or told that you're to do

5  a lockdown weekend tier search?      14:28:52

6      A.  Excuse me.  Repeat that.

7      Q.  How does the sergeant inform you that you're

8  going to be required to do a lockdown weekend living

9  unit search?

10     A.  He calls me by the telephone or by the radio.      14:29:08

11     Q.  Assuming that you're working on L-2, would he

12  tell you at the time you come in to work on Sunday

13  morning that you're going to be doing living unit

14  searches the entire shift?

15     A.  When I come into work?      14:29:28

16     Q.  Yes.

17     A.  No.

18     Q.  At what time during your tour of duty would the

19  sergeant tell you to start doing living unit searches?

20     A.  You're speaking of when I come in on Sunday?      14:29:44

21     Q.  Right.

22     A.  After I do my count, after the count clears,

23  via the telephone he would call.

24     Q.  And if you were working on, let's say, L-2, who

1   would man your post when you did a living unit search?   14:30:02

2      A.   I would have to give my keys to the officer on

3   K-2.

4      Q.   Is it your testimony that during a period of

5   time then, L-2 would not be staffed by a correctional   14:30:22

6   officer?

7         MR. SHANNON:   Objection; misstates her

8   testimony.

9               You can answer.

10  BY THE WITNESS:   14:30:32

11     A.   The officer on K-2 would have to do their

12  rounds on both tiers.  So he would have to go across

13  and check the inmates and go across check the inmates.

14  BY MR. MORRISSEY:

15     Q.   Has that ever happened to you where you've   14:30:46

16  worked on a tier that you had to be relieved by the

17  tier officer across the hall during lockdown weekend

18  living unit searches?

19     A.   I don't recall if it was a lockdown weekend,

20  but I have worked two wings, yes.   14:31:04

21     Q.   You've worked two wings; correct?

22     A.   For a period of time, yes.

23     Q.   During a lockdown weekend, what's the maximum

24  amount of time that you've been responsible for a

1    non-end unit -- let me strike that.                        14:31:24

2             During a lockdown weekend, other than the

3    end units, the J and I, and the P and Qs, what is the

4    maximum amount of time that you've had to man two tiers

5    while the other officer conducted living unit searches?  14:31:46

6       A.  I do not know.

7       Q.  Would it have been more than four hours?

8       A.  I do not know because I have Friday and

9    Saturday off.  I come in on Sunday morning, so I don't

10   recall.                                                    14:32:04

11      Q.  On Sunday morning, there are occasions when

12   they're completing their searches during lockdown

13   weekend?

14          MR. SHANNON:  I couldn't hear what the last

15   words were.                                                14:32:14

16   BY MR. MORRISSEY:

17      Q.  During lockdown weekends, there are times when

18   there are living unit searches on Sunday morning;

19   correct?

20      A.  At times, yes.                                      14:32:26

21      Q.  But you have no recollection in regards to the

22   period of time that your post, being a tier officer,

23   has been left unmanned while you've been required to

24   conduct living unit searches on other tiers?

```
 1          MR. SHANNON:  Objection, form, as to          14:32:50
 2   "unmanned."  She said it's manned by another officer.
 3   BY THE WITNESS:
 4      A.  It's not unmanned.  An officer does go back and
 5   forth and do their checks and logs them in the books,   14:32:58
 6   yes.
 7   BY MR. MORRISSEY:
 8      Q.  But you don't recall how long a period of time?
 9      A.  No, I don't recall.  I don't recall.
10      Q.  As the union rep in Division IV, has anybody     14:33:10
11   filed a grievance with you or told you that he thought
12   that they were being overburdened or overworked during
13   lockdown weekends?
14      A.  No grievances were filed.
15      Q.  But have any officers complained to you about    14:33:28
16   being overworked during lockdown weekends?
17          MR. SHANNON:  That you are aware of.
18   BY THE WITNESS:
19      A.  Not more than they usually complain.
20   BY MR. MORRISSEY:                                       14:33:44
21      Q.  To your knowledge, are lockdown living unit
22   searches done on the 11:00 p.m. to 7:00 a.m. shift
23   during lockdown weekends?
24      A.  I do not know.
```

168

1    Q.  To your knowledge, is there any particular time    14:34:20

2    of the day when living units are searched during

3    lockdown weekends?

4    A.  I do not know.

5    Q.  To your knowledge, would it be possible to do    14:34:32

6    a -- to search the 16 living units in Division IV

7    during a 16-hour period?

8         MR. SHANNON:  Objection, speculation,

9    foundation, form, and calling for a generalized answer

10   to something that was very weekend-specific.    14:34:54

11              You can answer.

12   BY THE WITNESS:

13   A.  In my opinion, to do a good search, it would

14   take longer than what they're locked down for.

15   BY MR. MORRISSEY:    14:35:10

16   Q.  In your opinion, could you do a search --

17   strike that.

18              Let me ask you this.  To your knowledge,

19   during a lockdown weekend do they do a search of, say,

20   the first floor during one period of time and then do    14:35:26

21   the second floor later?

22   A.  I do not know.

23   Q.  In your opinion, could you do a search of the

24   tiers on the first floor within a 16-hour period --

| | | |
|---|---|---|
| 1 | MR. SHANNON:  Objection, form. | 14:35:46 |
| 2 | BY MR. MORRISSEY: | |
| 3 | Q.  -- during a lockdown weekend? | |
| 4 | MR. SHANNON:  Form; foundation; speculation. | |
| 5 | You can answer. | 14:35:50 |
| 6 | BY THE WITNESS: | |
| 7 | A.  I could not tell you.  It depends on what the | |
| 8 | inmates have in their cells. | |
| 9 | BY MR. MORRISSEY: | |
| 10 | Q.  What is the maximum amount of time you've spent | 14:35:58 |
| 11 | during a lockdown weekend searching a tier? | |
| 12 | A.  I don't recall. | |
| 13 | Q.  Do you recall ever spending more than a | |
| 14 | one-hour period of time during a lockdown weekend in a | |
| 15 | particular tier during a living unit search? | 14:36:14 |
| 16 | A.  I don't recall. | |
| 17 | Q.  Is there anything that would refresh your | |
| 18 | memory about spending more than a one-hour period | |
| 19 | of time searching a living unit during a lockdown | |
| 20 | weekend? | 14:36:28 |
| 21 | A.  If I wrote it down, my signature, and I put the | |
| 22 | times down. | |
| 23 | Q.  What type of document would you record the time | |
| 24 | that you spent searching a living unit? | |

| | | |
|---|---|---|
| 1 | A.   The officers don't. | 14:36:40 |
| 2 | Q.   Do they have regular nonweekend lockdowns? | |
| 3 | MR. SHANNON:   Could you say that again? | |
| 4 | BY MR. MORRISSEY: | |
| 5 | Q.   Do they have regular nonweekend lockdowns at | 14:36:54 |
| 6 | the Cook County jail? | |
| 7 | MR. SHANNON:   Nonweekend -- | |
| 8 | MR. MORRISSEY:   Yeah. | |
| 9 | MR. SHANNON:   -- lockdowns? | |
| 10 | MR. MORRISSEY:   Right. | 14:37:04 |
| 11 | MR. SHANNON:   Objection, form. | |
| 12 | You can answer. | |
| 13 | BY MR. MORRISSEY: | |
| 14 | Q.   Are there other lockdowns that occur other than | |
| 15 | during weekends? | 14:37:10 |
| 16 | MR. SHANNON:   You mean of an entire division? | |
| 17 | MR. MORRISSEY:   Yeah. | |
| 18 | BY THE WITNESS: | |
| 19 | A.   Drills. | |
| 20 | BY MR. MORRISSEY: | |
| 21 | Q.   How frequently do you have drills where there's | |
| 22 | a lockdown of the division? | |
| 23 | A.   I don't recall. | |
| 24 | Q.   When was the last time you had a drill? | |

171

1    A.   I don't recall.                                          14:37:28

2    Q.   Pardon?

3    A.   I don't recall.

4    Q.   You mentioned that when there's drills.  What's

5    involved in a drill?                                          14:37:34

6    A.   An escape drill.

7    Q.   What do you do during an escape drill?

8    A.   We lock the detainees up and we do a count.

9    Q.   When was the last time you did a count for an

10   escape drill?                                                 14:37:58

11   A.   I don't know.

12   Q.   Do you do any searches when there is an escape

13   drill?

14   A.   As a tier officer, no.

15   Q.   Superintendent Hopkins was the superintendent            14:38:16

16   for many years in Division IV; correct?

17   A.   Correct.

18   Q.   Wasn't it true that during Superintendent

19   Hopkins' tenure as superintendent, that the division

20   would be on lockdown until the superintendent came            14:38:38

21   on the premises of Division IV, to your knowledge?

22        MR. SHANNON:   Objection.

23   BY THE WITNESS:

24   A.   I don't recall that.

172

| | | |
|---|---|---|
| 1 | BY MR. MORRISSEY: | 14:38:50 |
| 2 | Q.  Do you have any knowledge that the division | |
| 3 | remains on a lockdown weekend until the superintendent | |
| 4 | appears in the building, in the division? | |
| 5 | A.  I don't recall that. | 14:39:02 |
| 6 | Q.  Do you know how the decision is made or when | |
| 7 | the decision was made in regards to when to lift the | |
| 8 | lockdown for a lockdown weekend? | |
| 9 | A.  No, I do not know how it's handled. | |
| 10 | Q.  Is there any formal time when a lockdown ceases | 14:39:18 |
| 11 | over a lockdown weekend? | |
| 12 | A.  What do you mean by "formal time"? | |
| 13 | Q.  Well, is there any set period when during a | |
| 14 | lockdown weekend that the doors are opened in the | |
| 15 | tiers? | 14:39:36 |
| 16 | A.  No set time. | |
| 17 | Q.  When is the earliest time when a tier has been | |
| 18 | opened up after a lockdown weekend when you've been | |
| 19 | present? | |
| 20 | A.  It could be opened anywhere between the time I | 14:39:52 |
| 21 | come in at 7:00 until 10:00 or 10:30, if I recall. | |
| 22 | Q.  Pardon? | |
| 23 | A.  If I recall accurately. | |
| 24 | Q.  So anytime between 7:00 and 10:30? | |

173

| | | |
|---|---|---|
| 1 | A.   Yes. | 14:40:10 |

A.   Yes.

Q.   In the morning?

A.   That's what I recall of it.

Q.   Is there any note or record that you would
maintain in regards to when the doors are popped on a
Sunday after a weekend lockdown?

A.   It would be in the logbook.

Q.   What logbook are you referring to?

A.   Uhm --

MR. SHANNON:   The Living Unit Log?

BY THE WITNESS:

A.   The Living Unit Log.

BY MR. MORRISSEY:

Q.   Do you always make a notation in your Living
Unit Logs when a lockdown has been lifted during
lockdown weekends?

A.   I note what time the doors were opened.

Q.   During lockdown weekends, do inmates get
transported to medical?

A.   Yes.

Q.   Do they have visitation --

A.   Yes.

Q.   -- during lockdown weekends?

A.   Yes.

14:40:20

14:40:36

14:40:42

14:41:20

174

| | | |
|---|---|---|
| 1 | Q.   So they have contact by coming in and out of | 14:41:30 |
| 2 | the tier, correct, during lockdown weekends during | |
| 3 | visitation? | |
| 4 | MR. SHANNON:   Contact with whom? | |
| 5 | BY THE WITNESS: | |
| 6 | A.   What do you mean by "contact"? | |
| 7 | BY MR. MORRISSEY: | |
| 8 | Q.   Well, during lockdown weekends, if inmates are | |
| 9 | brought for a visit, they have access to the corridors, | |
| 10 | correct, the hallways? | 14:41:54 |
| 11 | A.   Yes. | |
| 12 | Q.   And they have contact with the visitors room, | |
| 13 | correct, in Division IV? | |
| 14 | A.   With the visitors, you said? | |
| 15 | Q.   No.   They go into the visitors room? | 14:42:08 |
| 16 | A.   They go into the, yeah, visiting cage.   Yes. | |
| 17 | Q.   So there is movement over a weekend lockdown | |
| 18 | when there's visits; correct? | |
| 19 | A.   From what I recall, yes. | |
| 20 | Q.   And there's movement when an inmate goes to the | 14:42:22 |
| 21 | medical unit; correct? | |
| 22 | A.   Correct. | |
| 23 | Q.   Are there any other movements that occur during | |
| 24 | a lockdown weekend? | |

175

| | | |
|---|---|---|
| 1 | A.   Cermak Hospital. | 14:42:42 |
| 2 | Q.   Do you have inmates coming in on the new during | |
| 3 | lockdown weekends? | |
| 4 | A.   On the day shift, we do not get the new. | |
| 5 | Q.   To your knowledge, do inmates come in on the | 14:43:00 |
| 6 | new during weekend lockdowns? | |
| 7 | A.   Yes. | |
| 8 | Q.   Do inmates get discharged during weekend | |
| 9 | lockdowns? | |
| 10 | A.   Yes. | 14:43:10 |
| 11 | Q.   Do inmates post bond during weekend lockdowns? | |
| 12 | A.   Yes. | |
| 13 | Q.   What other movements are there during weekend | |
| 14 | lockdowns? | |
| 15 | A.   I can only tell you about Sundays. | 14:43:30 |
| 16 | Q.   Does food have to be brought up to the tier | |
| 17 | during weekend lockdowns? | |
| 18 | A.   Yes. | |
| 19 | Q.   And that's done by workers; correct? | |
| 20 | MR. SHANNON:   Objection, form, as to the | 14:43:42 |
| 21 | bringing up part. | |
| 22 | BY MR. MORRISSEY: | |
| 23 | Q.   Where is the food service?  Where does the food | |
| 24 | service originate? | |

| | | |
|---|---|---|
| 1 | A. Central kitchen. It's not in Division IV. | 14:43:54 |
| 2 | Q. Who transports food from central kitchen to | |
| 3 | Division IV? | |
| 4 | A. Officers. | |
| 5 | Q. Do the officers then bring the food to each | 14:44:06 |
| 6 | tier? | |
| 7 | A. The officer from central kitchen drops it off | |
| 8 | to our officer in the tunnel. | |
| 9 | Q. And who takes the food from the tunnel to the | |
| 10 | tiers? | 14:44:20 |
| 11 | MR. SHANNON: This is during a weekend | |
| 12 | lockdown? | |
| 13 | MR. MORRISSEY: During a weekend lockdown. | |
| 14 | BY THE WITNESS: | |
| 15 | A. Okay. The officer, the officer and -- I'm not | 14:44:28 |
| 16 | sure, you know. I'm on the tier, but it may be a group | |
| 17 | of workers. | |
| 18 | BY MR. MORRISSEY: | |
| 19 | Q. So there's movement with workers bringing food | |
| 20 | to the tier? | 14:44:40 |
| 21 | MR. SHANNON: She said she didn't know. | |
| 22 | BY THE WITNESS: | |
| 23 | A. I'm on Sunday. They're off lockdown when I | |
| 24 | come. | |

1    BY MR. MORRISSEY:

2        Q.   Does linen have to be transported to the tier?

3        A.   That occurs, on my wing, it occurred on Sunday,

4    and lockdown -- the doors were open.

5        Q.   So there's no linen brought during the lockdown    14:45:00

6    weekend to the tiers?

7            MR. SHANNON:   To her knowledge?

8    BY THE WITNESS:

9        A.   To my knowledge, on Sunday, now I'm at work, my

10   tier gets uniform exchange.                                  14:45:10

11   BY MR. MORRISSEY:

12       Q.   They usually get uniform exchange before

13   9:00 o'clock; correct?

14       A.   No.

15       Q.   What time do they get uniform exchange?            14:45:22

16       A.   There's 16 tiers, so there's no set time.

17       Q.   Who transports the uniforms and linen to the

18   tiers during a nonlockdown weekend?

19       A.   A nonlockdown weekend, it would be an officer

20   and inmate workers.                                          14:45:42

21       Q.   Do you have personal knowledge during a

22   lockdown weekend whether or not inmates bring the linen

23   and the uniforms to the tiers?

24       A.   I have no knowledge.

178

1      Q.   During the lockdown weekends, are women                    14:46:02

2   strip-searched?

3           MR. SHANNON:   Objection, relevance; form;

4   foundation.

5                 You can answer.                                       14:46:10

6   BY THE WITNESS:

7      A.   During the lockdown weekend?

8   BY MR. MORRISSEY:

9      Q.   Yes.

10          MR. SHANNON:   You mean in the intake?                      14:46:18

11          MR. MORRISSEY:   The tiers.

12          MR. SHANNON:   In the tiers?

13          MR. MORRISSEY:   The tiers.

14   BY THE WITNESS:

15     A.   No.   The tiers, I'm on Sunday, no.   No.                   14:46:22

16   BY MR. MORRISSEY:

17     Q.   Do you know whether or not they were

18   strip-searched on any other dates other than Sunday

19   during lockdown weekend?

20          MR. SHANNON:   If you want to conduct follow-up             14:46:32

21   discovery on other cases, it's not proper form to do it

22   here.

23          MR. MORRISSEY:   This is a lockdown question.

24          MR. SHANNON:   Yeah, right.   She testified to

179

| | |
|---|---|
| 1 | her personal knowledge it didn't occur on her shifts. | 14:46:40 |
| 2 | That's what she's going to testify to. |
| 3 | MR. MORRISSEY:  Well, it's discovery. |
| 4 | BY MR. MORRISSEY: |
| 5 | Q.  Do you have any personal knowledge with regard | 14:46:48 |
| 6 | to strip searches -- |
| 7 | A.  No. |
| 8 | Q.  -- being conducted during lockdowns? |
| 9 | A.  I have no knowledge of strip searches being |
| 10 | conducted on the tiers. | 14:46:58 |
| 11 | Q.  At any time? |
| 12 | MR. SHANNON:  The question has been answered. |
| 13 | BY MR. MORRISSEY: |
| 14 | Q.  Are there any searches done during living unit |
| 15 | searches of inmates? | 14:47:06 |
| 16 | A.  What do you mean?  You're confusing me. |
| 17 | Q.  Do you do a line search? |
| 18 | MR. SHANNON:  A what? |
| 19 | MR. MORRISSEY:  A tier search. |
| 20 | MR. SHANNON:  A what search? | 14:47:18 |
| 21 | BY MR. MORRISSEY: |
| 22 | Q.  When you go into a tier to conduct a search, |
| 23 | you've testified that you do some sort of search of |
| 24 | cells; correct? |

| | |
|---|---|
| 1 | A.   Correct. | 14:47:28 |
| 2 | Q.   Do you do a physical search of the inmates? |
| 3 | A.   A pat-down search by a female officer. |
| 4 | Q.   Is that always done during a tier search? |
| 5 | A.   I don't know if it's always done.  I know that | 14:47:46 |
| 6 | I have done them. |

1   A.   Correct.                                      14:47:28

2   Q.   Do you do a physical search of the inmates?

3   A.   A pat-down search by a female officer.

4   Q.   Is that always done during a tier search?

5   A.   I don't know if it's always done.  I know that   14:47:46

6   I have done them.

7   Q.   How long does it take to do a pat-down search

8   of an inmate?

9   A.   I couldn't tell you a time.

10   Q.   Could it take ten minutes to do the pat-down   14:48:02

11   search of the women?

12   A.   No.  It's less than that.

13   Q.   Can you give me a time frame at all in regards

14   to a point when you enter a tier to do a living unit

15   search and when the search normally is completed?   14:48:18

16          MR. SHANNON:  Objection, asked and answered.

17   It calls for speculation.  Based on the individual

18   circumstances, there is no one answer.

19   BY THE WITNESS:

20   A.   I couldn't give, you know, times.   14:48:28

21   BY MR. MORRISSEY:

22   Q.   Have you ever found any guns or drugs during a

23   living unit search during the last five years?

24   A.   Are you speaking of a lockdown weekend?

181

1       Q.  During a lockdown weekend search.                   14:48:44

2       A.  I don't recall, no.

3           MR. SHANNON:  You don't recall one way or

4   another?

5           THE WITNESS:  Yeah, I don't recall.              14:48:52

6   BY MR. MORRISSEY:

7       Q.  Is there any record that you would keep if you

8   found contraband of drugs or a weapon during a lockdown

9   weekend?

10          MR. SHANNON:  Well, you said record that she     14:49:00

11  would keep.  Do you mean record that she would make?

12          MR. MORRISSEY:  Record that she would make.

13  BY THE WITNESS:

14      A.  That I would make, yes.

15  BY MR. MORRISSEY:                                        14:49:06

16      Q.  What record would that be?

17      A.  An Incident Report.  And if it was drugs, it

18  would be put into an evidence bag.

19      Q.  Would you agree that the longer the lockdown

20  that -- strike that.                                     14:49:20

21          Would you agree with the statement that

22  if a lockdown extends for more than one day, that the

23  integrity of the lockdown search is compromised due to

24  the fact that there continues to be movement in the

TOOMEY REPORTING (312) 853-0648

| | | |
|---|---|---|
| 1 | division? | 14:49:46 |
| 2 | MR. SHANNON:  Objection as to the request for | |
| 3 | an opinion as to that issue.  She's testified that she | |
| 4 | works Sunday mornings.  She's not even present for a | |
| 5 | lockdown weekend search that extends for a day.  It | 14:49:58 |
| 6 | calls for speculation, and there is no proper | |
| 7 | foundation. | |
| 8 | You can answer. | |
| 9 | BY THE WITNESS: | |
| 10 | A.   What do you mean by "compromised"? | 14:50:08 |
| 11 | MR. SHANNON:  Yeah.  If you're reading off a | |
| 12 | document, show it to her. | |
| 13 | BY MR. MORRISSEY: | |
| 14 | Q.   Well, by "compromised" -- I assume that there | |
| 15 | is, to your understanding, there is some purpose for | 14:50:20 |
| 16 | locking down an entire division; correct? | |
| 17 | MR. SHANNON:  Objection as to purposes as to | |
| 18 | this witness.  She's not the supervisor. | |
| 19 | BY MR. MORRISSEY: | |
| 20 | Q.   Well, as a correctional officer, do you see a | 14:50:30 |
| 21 | purpose in locking down an entire division for a period | |
| 22 | of time? | |
| 23 | A.   Yes. | |
| 24 | Q.   What is the purpose? | |

1    A.   Safety of the detainees and the safety of the                14:50:40

2    officers.

3    Q.   What is done to protect the safety of the

4    officers and the inmates during a lockdown which makes

5    it a more safer environment than without a lockdown?            14:50:58

6    A.   To make sure there's no drugs and no weapons

7    where the detainees can hurt each other or hurt an

8    officer.

9    Q.   Does extending a lockdown period for more than

10   one day enhance the ability to conduct a search in             14:51:22

11   Division IV?

12   A.   What do you mean, enhance?

13        MR. MORRISSEY:   I will withdraw the question.

14   Let's take a five-minute break, and then I'll be done.

15                  (WHEREUPON, a recess was had.)                    15:16:34

16   BY MR. MORRISSEY:

17   Q.   Officer Guzman, I asked you a series of

18   questions in regard to searching the living area during

19   a lockdown; correct?

20   A.   Correct.                                                    15:16:44

21   Q.   I also asked you during a lockdown weekend when

22   you're doing a living unit search, that from time to

23   time you search the inmates; correct?

24        MR. SHANNON:   A pat-down search.

1    BY THE WITNESS:

2        A.   Pat-down search, correct.

3    BY MR. MORRISSEY:

4        Q.   At Division IV, you have an area set aside for

5    doing more-detailed searches of women; correct?                15:17:08

6        A.   Correct.

7        Q.   You have an area in the gym for doing

8    strip searches, correct, of females?

9        A.   Correct.

10       Q.   Now, the reason why strip searches are done is     15:17:24

11   because they're more comprehensive, in your opinion,

12   that inmates can hide contraband on their body;

13   correct?

14           MR. SHANNON:   Objection, relevance to the

15   lockdown weekend.                                              15:17:38

16                 You can answer.

17   BY THE WITNESS:

18       A.   Correct.

19   BY MR. MORRISSEY:

20       Q.   During lockdown weekend living unit searches,     15:17:42

21   is it your testimony that strip searches are never done

22   on the female inmates?

23           MR. SHANNON:   Objection, asked and answered.

24   She said not to her knowledge.

```
1    BY THE WITNESS:

2        A.  Not to my knowledge.

3    BY MR. MORRISSEY:

4        Q.  Do you have an opinion as to whether or not

5    your searches then of the living unit are compromised        15:18:04

6    due to the fact that a woman might have secreted in her

7    body drugs or contraband during the time you're doing

8    the living unit search?

9            MR. SHANNON:  Objection, form, as to

10   "compromised."

11                You can answer.

12   BY MR. MORRISSEY:

13       Q.  Do you know what "compromised" means?

14       A.  No.  What do you mean by compromised?

15       Q.  Sure.                                                 15:18:32

16                When you're doing a living unit search,

17   you want to make sure that the tier is free of any

18   drugs or contraband; correct?

19       A.  Correct.

20       Q.  If during a living unit search you do not do a        15:18:42

21   complete search of the individuals, the inmates in the

22   unit, there's the potential that drugs or weapons could

23   remain in the tier on the persons, on the individuals,

24   on the inmates; correct?
```

186

1       A.   In my opinion, maybe drugs, but a weapon you          15:19:06

2    would feel with a pat-down.

3       Q.   So even after a lockdown weekend search of a

4    tier, there's still the potential that drugs can remain

5    on the tier because a woman may be hiding drugs on her     15:19:26

6    person?

7            MR. SHANNON:  Objection, speculation.

8            You can answer.

9    BY THE WITNESS:

10      A.   In my opinion, yeah.                                 15:19:38

11           MR. MORRISSEY:  I have nothing further.

12           MR. SHANNON:  Okay.  Give me a couple minutes.

13           (WHEREUPON, a recess was had.)

14           EXAMINATION

15   BY MR. SHANNON:

16      Q.   Officer, to the best of your recollection, when

17   was the last time that you worked either a Friday or a

18   Saturday shift in Division IV?

19      A.   It has to be over five years ago.

20      Q.   And I take it at some point when you were           15:43:02

21   working the shifts on those days, you were involved in

22   lockdown searches at Division IV?

23      A.   Yes.

24      Q.   Now, do you have any knowledge or personal

1   knowledge as to whether or not the process or                    15:43:20

2   procedures for conducting the Friday and Saturday

3   weekend lockdown searches have changed since you were

4   part of those approximately five years ago?

5       A.   No.                                                     15:43:34

6       Q.   Typically, when you arrive on Sunday now

7   currently in your current position in Division IV and

8   when you are informed that a lockdown search is

9   occurring that weekend in Division IV, what time does

10  the weekend lockdown search end on Sunday morning?       15:43:58

11      A.   Anytime from the time I come in at 7:00 until

12  10:00, 10:30 in the morning.

13      Q.   And, for instance, to the best of your

14  recollection, has the lockdown search always -- is it

15  always completed prior to, for instance, the Muslim      15:44:20

16  religious services?

17      A.   To the best of my recollection, yes.

18      Q.   And what time do the Muslim religious services

19  occur?

20      A.   I think they occur at 12:00 o'clock.             15:44:32

21      Q.   In terms of the time that it takes to search a

22  cell and to search a tier, would you agree that it's a

23  function of the person conducting the search and then

24  what's found inside the cell?

1    A.   Yes.

2    Q.   And it depends on each individual cell?

3    A.   Yes.

4    Q.   In terms of the time that a search of a tier

5    takes during a lockdown search, what factors is that          15:45:20

6    dependent upon?

7    A.   It depends on the amount of officers you have

8    to search.

9    Q.   And what's the amount of officers that you have

10   to search affected by?                                        15:45:36

11   A.   You may start off with like eight or nine

12   officers.  And during the search, officers are pulled

13   to go to Cermak; to go down to the nurse's station;

14   uhm, to, uhm, to, like, do a perimeter.

15            There's many functions that have to be               15:45:58

16   done in the jail, and officers are pulled throughout

17   the search.  So you may end up with -- start off with

18   that many, but end up with two, three, four, a lot

19   less.

20   Q.   When you say "pulled," you mean pulled from the          15:46:12

21   search team?

22   A.   Yes.

23   Q.   Are the number of officers present for and

24   participating in the search team during a lockdown, is

1  that also subject to sick days, days off, holidays,  `15:46:26`

2  things like that?

3      A.  There's people off for holidays.  There's

4  people off for personal days.  There's people off for

5  vacation days.  If people call in medical, our staff  `15:46:40`

6  goes down.  Less people available to do searches.

7      Q.  And is it safe to draw the general conclusion

8  that the less people you have to conduct the search,

9  the longer the search takes?

10      A.  Definitely.  `15:46:56`

11      Q.  Is the time a search takes also dependent upon

12  the items found within each particular cell?

13      A.  Yeah.  The new inmates will only have a

14  bedroll.  The inmates that have been there for a while

15  have an abundance of things in those rooms that we have  `15:47:16`

16  to go through.

17      Q.  And is the time that a search takes also

18  dependent upon the cooperation of the inmates?

19      A.  Yes, because getting them out into the dayroom,

20  first of all, you've got to make sure they're fully  `15:47:32`

21  dressed when they come out into the dayroom and, uhm,

22  they take their time coming out.

23      Q.  Can you explain the process or what process you

24  have to go through if, for instance, you were

1   conducting a cell search during a lockdown weekend and          15:47:52

2   you were to find marijuana in the cell?

3       A.  If I was to find marijuana in the cell, I would

4   have to notify my supervisor.  I would have to get an

5   evidence bag, put the marijuana in the evidence bag.           15:48:06

6              I would have to write an Incident Report.

7   A supervisor would have to check my Incident Report.

8   I'd have to make copies of the Incident Report.

9              Then I would personally have to take the

10  marijuana to Chief Security, which is across the              15:48:22

11  compound from Division IV.

12      Q.  And during that entire process, you were not

13  part of the search team?

14      A.  No, I was not part.  I had to go over to the

15  other side of the compound.                                    15:48:38

16      Q.  Okay.  Is the time that a tier search takes

17  also dependent upon whether or not during a search an

18  inmate claims that they're sick?

19      A.  Yeah.  If an inmate is sick, an officer will be

20  pulled to take the inmate to the nurse's station.  So,        15:49:04

21  that's less men to search the tier.

22      Q.  Am I right that in response to Mr. Morrissey's

23  questions, the line of questioning involving movement

24  of inmates even during a lockdown weekend, is it

1  correct that all movement of inmates during lockdown          15:49:30

2  weekends requires that an officer accompany that inmate

3  while they are moving through a division?

4       A.  Yes.

5       Q.  And that, obviously, that means that that          15:49:44

6  officer is unable to conduct searches with the search

7  team during that period of time; correct?

8       A.  Correct.

9       Q.  In the tier during a lockdown, in each

10 individual tier during a lockdown weekend search, you         15:50:26

11 also have to search the dayroom for that tier; correct?

12      A.  Yes.

13      Q.  You identified certain things that are located

14 within the dayroom like chairs and tables.

15           Are there any other personal items          15:50:42

16 located in there?

17      A.  In the dayroom, there's books.  They have

18 games, books, games.

19      Q.  Is there a mop closet?

20      A.  No, no mop closets.  That's it.          15:50:56

21      Q.  Okay.  And do the games and books also have to

22 be searched?

23      A.  Yes.

24      Q.  Do you also conduct a search of the shower and

1    the ceiling?

2        A.   The shower, the ceiling area, the bathroom, by

3    the heaters, underneath the heaters, underneath the

4    stairs, every inch of that dayroom.

5        Q.   Are you familiar with Section 14.2 of the

6    Collective Bargaining Agreement?

7        A.   Yes.

8        Q.   What do you understand that provision to say?

9        A.   That provision tells me that you can't pull

10   other officers from other buildings to work in my

11   building.

12       Q.   When you say "buildings," is that division?

13       A.   Division, yes.

14            You bid for a division.  You bid for the

15   time you work, and you bid for your days off.  So they

16   can't just pull you and put you in another building and

17   say you've got to do this and this in another building.

18   You would be able to grieve that.

19       Q.   So Mr. Morrissey had asked you a question:

20   Have you ever known someone to work in Division IV, for

21   example, and then work in Division III, and then you

22   responded yes to that.

23            I take it that is not a situation where

24   they switch back and forth from Division III and IV on

193

| | | |
|---|---|---|
| 1 | a daily basis? | 15:52:20 |
| 2 | A. No. | |
| 3 | Q. Okay. | |
| 4 | A. But I said no to that. | |
| 5 | Q. Okay. Well, if that's the case, the record | 15:52:26 |
| 6 | will correct me. | |

1    a daily basis?                                              15:52:20

2        A.  No.

3        Q.  Okay.

4        A.  But I said no to that.

5        Q.  Okay.  Well, if that's the case, the record    15:52:26

6    will correct me.

7        A.  I said no to that.

8            The only way they would be moved from one

9    division to another, and it wouldn't be for one or two

10   days, is if administration, if there's some sort of    15:52:36

11   investigation where the officer is to be removed from

12   that division and put in another division.

13       Q.  But in terms of permanent assignments, the

14   division is something that's bid for through the

15   process?                                                15:52:56

16       A.  Yeah, through the bidding process.

17       Q.  When there is not a lockdown weekend occurring,

18   are all of the inmates in Division IV locked down at

19   night?  Do you understand?

20           Let me rephrase that.                           15:53:12

21           I'm focusing in now on those days

22   when there is not a weekend lockdown occurring.

23       A.  Okay.

24       Q.  Okay.  On those other days, are the inmates

194

1    nevertheless locked in their cells at night anyway?          15:53:26

2         A.   Are you talking on my shift or the next shift?

3              On my shift, they're locked up at 1:30

4    for count.

5         Q.   Do you have any personal knowledge of whether       15:53:38

6    they're locked -- their cells are locked at night?

7         A.   Yes, I do.

8         Q.   Okay.  What is that?

9         A.   Their cells -- I at one time worked the 4:00 to

10   12:00 shift, and their cells would be locked up all           15:53:50

11   through the night.

12        Q.   And that's even when a lockdown weekend is not

13   occurring?

14        A.   Even when a lockdown weekend is not occurring.

15        Q.   Then is it also true that every time a shift        15:54:02

16   change occurs, even if there isn't a lockdown weekend

17   search ongoing, the inmates' cells are locked?

18        A.   When there's not a lockdown weekend, the cells

19   are locked at 1:30 for a count, and they stay locked

20   until the next shift comes on and does their count.           15:54:24

21        Q.   To your knowledge, inmates are allowed to visit

22   with their attorneys during lockdown weekends?

23        A.   Yes.

24        Q.   They're allowed to keep regularly scheduled

1   visits with -- strike that.                                    15:54:44

2           They're allowed to keep regularly

3   scheduled visits even during lockdown weekends?

4       A.  Visits are still ongoing.

5       Q.  And are they allowed to engage in a visit with    15:54:58

6   an out-of-town visitor even during lockdown weekends?

7       A.  Yes.

8       Q.  In the context of a lockdown weekend when an

9   inmate claims that they have a medical problem and is

10  brought to a nurse, accompanied by the officer, does      15:55:26

11  the officer remain there with the nurse while the

12  inmate receives treatment?

13      A.  Yes.

14      Q.  And then does that officer then have to

15  accompany the inmate back to either the dayroom or the    15:55:36

16  cell?

17      A.  Yes.

18      Q.  In the context of a lockdown weekend, when the

19  inmates are in the dayroom -- well, strike that.

20          In the context of a lockdown weekend, if         15:56:00

21  there is an inmate that has special medicine needs, for

22  example, heart medication or seizure medication, how is

23  that handled during a lockdown weekend?

24      A.  Okay.  During a lockdown weekend, a nurse comes

1 | tier to tier. | 15:56:18

2 |       On the tiers, the officer goes to the

3 | cells of the inmates that get medication and bring them

4 | up.

5 |       The medication that can't be dispensed on | 15:56:26

6 | the tier, the nurse tells the officer.  The officer

7 | will take the inmate down to the nurse's station --

8 | will call another officer to take the inmate down to

9 | the nurse's station because they can't leave the tier.

10 |   Q.  So explain that to us.  Why is there some | 15:56:44

11 | medication that can't be dispensed through the nurse on

12 | the tier?

13 |   A.  Okay.  Certain medication, they have to sign

14 | for, okay.  Like, the heart medication comes in glass

15 | jars.  Glass is contraband.  So a lot of medication | 15:57:00

16 | they can't carry with them, they have to go to the

17 | nurse for.

18 |       And there's a seizure medication, too,

19 | that they have to sign for, and the nurse doesn't bring

20 | it up to the tier.  We have to take the inmate down. | 15:57:16

21 |       I don't recall the name of the

22 | medication, but I know many ladies have to go down to

23 | the nurse and sign for their medication.

24 |   Q.  And those medicines are provided to the inmates

1    during lockdown weekends?                                    15:57:32

2       A.  Yes.

3       Q.  And when the officers accompanying the inmate

4    down -- well, strike that.

5            Where do they actually pick up the               15:57:38

6    medicine from, meaning the heart and seizure

7    medication?

8       A.  In the nurse's station.  You accompany them

9    down, and you tell the nurse they're there.  The

10   nurse -- those medications are usually locked under      15:57:50

11   lock and key in the nurse's station because they're, I

12   guess they're very, maybe -- I can only assume they're

13   addictive or something, because they're under lock and

14   key.

15      Q.  Okay.  And the officers accompanying those         15:58:02

16   inmates down to the nurse's station, that's a time when

17   that officer is not available to be part of the

18   lockdown search team; correct?

19      A.  Correct.

20      Q.  What about, uhm, can you explain what happens      15:58:22

21   to those inmates who receive -- is it methadone?

22      A.  Methadone.

23      Q.  During lockdown weekend searches?

24      A.  In the morning when we come in during lockdown,

1    what I recall of lockdown weekend is, the first thing      15:58:40

2    we're going to do is wake up our ladies who receive

3    methadone and make sure they get dressed and ready so

4    that we can get them out, and then an officer takes

5    them down to the tunnel and escorts them over to          15:58:54

6    Cermak.

7                And, uhm, that occurs on a daily basis,

8    methadone, even on lockdown weekends.

9         Q.   And does the officer wait with them at Cermak?

10        A.   Yes.                                             15:59:10

11        Q.   And then accompanies the inmates back to the

12   tier?

13        A.   Yes.

14        Q.   And while the officer is performing that

15   function, that's a time when the officer is unavailable   15:59:18

16   to be part of the lockdown search team; correct?

17        A.   Correct.

18        Q.   How fast is the methadone administered through

19   Cermak?

20        A.   Now, at Cermak, that's difficult to answer.     15:59:34

21               Females go to get their methadone, males

22   go to get their methadone, from all divisions.  So it's

23   a first-come/first-serve basis.

24               If you come with your females first, they

1   will take them one at a time first.  If the males are                    15:59:50

2   there first, they will take them.  So you could be

3   waiting there for quite a long time.

4        Q.   During lockdown weekend searches at

5   Division IV, is it ever the case that inmates are                        16:00:08

6   bonded out?

7        A.   Yes.

8        Q.   Okay.  And does that process require an officer

9   accompany the inmate bonding out through that process?

10       A.   Yes.  We're called on the tiers for the bond,                  16:00:20

11  and an area officer will come and pick up the inmate;

12  take them to security; and then from security, they go

13  down to the tunnel.

14            A clothing officer will find the

15  clothing, and the inmate will dress out, and then an                     16:00:36

16  officer has to escort them over to receiving.

17       Q.   And during that entire process, that's also a

18  time when that particular officer is unavailable to be

19  part of the lockdown search team; correct?

20       A.   Correct.  And there's a tunnel officer that has                16:00:52

21  to let them out.  So that's another one that will be.

22       Q.   In Division IV, can you explain how the officer

23  lunch scheduling works?

24       A.   Okay.  We each get an hour for lunch.  Now, if

```
 1   you're on the end wing and you have two officers, you        16:01:16
 2   relieve each other for lunch.  Like, I and J-1 relieve
 3   each other for lunch.  So you've got the two wings.
 4              Now, on K and L-2, what you need to do
 5   during your lunch hour, you take your keys and give          16:01:30
 6   them to the officer across.  Okay.  You go to lunch.
 7              That officer has to do rounds on each
 8   tier to observe the inmates to make sure everything's
 9   safe.
10              But also during that time, they're              16:01:44
11   calling for medical movement; they're calling for
12   library, okay, on a regular basis.  It's an everyday
13   thing.  So an officer has to go back and forth to pull
14   inmates and inmates IDs to send them to various places.
15   Q.   And the lunch scheduling -- strike that.               16:02:06
16              Officers are entitled to an hour lunch
17   even during lockdown weekends?
18   A.   Yes.
19   Q.   Does that have the net effect in Division IV of
20   resulting in one-third of the staff being on lunch for      16:02:20
21   the twelve-hour period?
22   A.   Yeah.
23   Q.   Are there certain situations where a minister
24   or another, I guess, religious-service provider makes a
```