# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GENISE HART, CARMEN FELICIANO, )
ANN FRANCIS GELCO, CAPRICE     )
MORALES and MICHELLE GANDY,    ) Case No. 03 C 1768
Individually and on behalf     )
of a class,                    )
                               ) Judge James B. Zagel
            Plaintiffs,        )
                               ) Mag. Martin D. Ashman
       vs.                     )
                               )
THOMAS DART, SHERIFF OF COOK   )
COUNTY, in his official        )
capacity, and COOK COUNTY,     )
                               )
            Defendant.         )

      The deposition of OFFICER VETRA GLINSEY, called by the Plaintiffs for examination, taken pursuant to notice, agreement, and by the provisions of the Code of Civil Procedure and the Rules of the Supreme Court of the State of Illinois pertaining to the taking of depositions, taken before PATRICIA D. SMITH, CSR No. 084-004431, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at the law offices of Hinshaw & Culbertson, LLP, 222 North LaSalle Street, Suite 300, Chicago, Illinois 60601-1081, on the 30th day of November, A.D. 2007 at 1:20 p.m.

1  searches during the years 2001, 2002?

2      A     Yes, sir.

3      Q     When would the weekend lockdowns -- strike
4  that.

5              Did you work certain days or certain
6  shift in 2001, 2002?

7      A     Yes, sir.  7:00 to 3:00 shift.

8      Q     And which days did you work?

9      A     Sunday through Thursday.  My off days were
10 Friday and Saturday.

11     Q     So there were times when you worked in
12 Division Three on a Sunday when you came in at 7:00
13 a.m. and the tier was still on weekend lockdown?

14     A     Yes, sir.

15     Q     And when would the weekend lockdown in
16 Division Three generally end?

17     A     To the best of my knowledge, Sunday on the
18 3:00 to 11:00 shift.

19     Q     So when you worked in Division Three on
20 the Sunday the 7:00 a.m. to 3:00 p.m., if there was
21 a weekend lockdown that lockdown would still be on
22 when you left at 3:00 p.m.?

23     A     Yes, sir.  Until the count cleared.

24             MR. QUINN:  "The count cleared" meaning

1 that the shift changed?

2 THE WITNESS: Yes, sir. When the 3:00 to
3 11:00 shift changed with the count clearing.
4 BY MR. FARLEY:
5 Q You would leave before the 3:00 to 11:00
6 did their count, correct?
7 A No, sir. We didn't leave until after the
8 count cleared for the 3:00 to 11:00 shift.
9 Q Approximately what time would the count
10 clear?
11 A Anywhere between I would say maybe 2:50
12 and 3:15.
13 Q So the weekend lockdown would last on
14 Sunday until 2:15 to 3:15?
15 MR. QUINN: Object to the form.
16 THE WITNESS: 2:45 to 3:15.
17 BY MR. FARLEY:
18 Q When you worked in Division Three in 2001,
19 2002, and 2003, the weekend lockdowns would
20 generally end sometime after 2:45 p.m. on a Sunday?
21 A Sometime after 3:15.
22 Q When you worked in Division Three 2001 to
23 2003, were you a tier officer?
24 A Yes, sir.

Case 1:03-cv-01768   Document 175-2   Filed 04/14/08   Page 5 of 11
:icer Vetra Glinsey Hart v. Sheriff of Cook County          11/30/2007

Page 8

1    Q    Were you assigned to any particular tier
2 or would it vary?
3    A    It would vary.
4    Q    Were there occasions on those Sundays when
5 there was a weekend lockdown where you would be
6 assigned to monitor two tiers?
7    A    Yes, sir.
8    Q    And why would you be assigned to monitor
9 two tiers as opposed to one tier on a weekend
  lockdown?

         MR. QUINN:  Objection.
             You can answer.
         THE WITNESS:  Because my partner would be
assigned to the shakedown team.
BY MR. FARLEY:
    Q    And when you say your partner are you
referring to the other tier officer on that floor?
    A    Yes, sir.
    Q    Do you recall on those Sundays when there
was a weekend lockdown where you would be assigned
to monitor both tiers for the entire shift?
    A    To the best of my knowledge, no.
    Q    Do you recall on those Sundays when there
was a weekend lockdown and you were required to

consisting of six pages beginning with the date of May 21, 2004 and ending with the date of June 10, 2004.

      Do these six pages bear your signature at the bottom of the documents?

A    Yes, sir.

Q    And this was a memo to Harold Simpson regarding "Subject Double Assignments," correct?

A    Yes, sir.

Q    And double assignments basically means that you've been assigned to monitor two tiers, correct?

A    Yes, sir.

Q    And in this memorandum do you agree with the statement contained in the memorandum that "Reporting Officer is physically unable to report to two or more separate assignments simultaneously. Such an assignment given on the part of supervisory personnel guarantees that Reporting Officer will not be able to adequately protect the health, safety, and well-being of the inmates Reporting Officer is charged to protect. Such an assignment places the security of this facility as well as that of all its inhabitants, inmates, civilian

Case 1:03-cv-01768 Document 175-2 Filed 04/14/08 Page 7 of 11
cer Vetra Glinsey Hart v. Sheriff of Cook County        11/30/2007

Page 11

employees, and sworn personnel in jeopardy."

Would you agree with that statement?

A    Yes, sir.

Q    When you were assigned to monitor two tiers on a weekend lockdown your partner and other officers would be doing shakedowns of other tiers, correct? In Division Three?

A    During the weekend lockdown. Yes, sir.

Q    And when you were assigned to monitor two tiers on the weekend lockdown and the other tier officer was on the shake team was there a shortage of correctional officers such as backup during that time?

MR. QUINN: Objection to form and characterization.

You can answer.

THE WITNESS: Could you --

MR. FARLEY: Let me rephrase it.

BY MR. FARLEY:

Q    When you are assigned to monitor two tiers you are not to go into that tier unless you have backup, correct?

A    Yes, sir.

Q    And when on a weekend lockdown and you

lockdowns?

A   Yes, sir.

Q   They could visit with their attorneys during weekend lockdowns?

A   Yes, sir.

MR. QUINN: I don't have any other questions.

EXAMINATION

BY MR. FARLEY:

Q   In Division Three you had a disciplinary or segregation area?

A   The latter part of my assignment in Division Three. Yes.

Q   So if a female inmate in Division Three was being punished she would be locked in her cell for 23 hours and let out for 1 hour, correct?

MR. QUINN: Objection to form.

THE WITNESS: Depending on her classification. Because if she was a psych inmate, no.

BY MR. FARLEY:

Q   If she was a non-psych inmate and she was being punished, she would be locked in her cell for 23 hours and let out for 1 hour, correct?

Case 1:03-cv-01768  Document 175-2  Filed 04/14/08  Page 9 of 11
er Vetra Glinsey Hart v. Sheriff of Cook County                11/30/2007

Page 26

MR. QUINN: Objection to form.

You can answer.

THE WITNESS: No. The majority of the time, depending on her medical condition, they would transfer her to Division Four.

BY MR. FARLEY:

Q   So an inmate who was being punished would be transferred to Division Four and be locked in their cell for 23 hours and let out for 1 hour?

MR. QUINN: Objection to form.

THE WITNESS: I can't speak for once she gets to Division Four. I don't know what they do over there. I have never worked in Division Four.

BY MR. FARLEY:

Q   How were inmates punished for rules infractions in Division Three?

A   They were written up on the disciplinary form and then the Disciplinary Board would come over, review the ticket, the writeup, and based on their decision if they were to be disciplined, say, three, four days, whatever, then depending on the medical condition they would be transferred to Division Four.

Q   If they still had a medical condition,

1  Later like in -- I think I bid out in 2005 -- they
2  set up a section in the back by the dispensary
3  where the nurses were for the detainees who had
4  medical problems that couldn't go to Division Four,
5  because the medical problems needed to be monitored
6  24 hours; and in that case there was an officer
7  assigned back there in the back to those specific
8  cells to monitor them.
9  BY MR. FARLEY:
10     Q    **And would those inmates in those specific**
11  **cells be confined to those cells for 23 hours of**
12  **the day?**
13         MR. QUINN:  Objection to form.
14             You can answer.
15         THE WITNESS:  Yes, sir.
16             But the officer's desk was right in
17  front of those cells and there was a window she
18  looked right in.
19  BY MR. FARLEY:
20     Q    **So for those inmates that had**
21  **psychological or medical issues?**
22     A    **Those were only the medical, not**
23  **psychological.  We weren't allowed to put the psych**
24  **inmates in 23 and 1 lockdown.**

Case 1:03-cv-01768   Document 175-2   Filed 04/14/08   Page 11 of 11
icer Vetra Glinsey    Hart v. Sheriff of Cook County                    11/30/2007

Page 29

1  Q     But you had psych inmates in Division
2  Three?
3  A     You were speaking about disciplinary.
4  Q     Right.  But --
5  A     We couldn't put psych inmates in
6  disciplinary lockdown.
7  Q     All right.
8  A     For 23 and 1.
9  Q     And do you know why?
10  A     No, sir.  That's what my supervisor told
11  us and that's what we did.
12  Q     Who was your supervisor who told you that?
13  A     Any of -- that was just -- for Division
14  Three our supervisors per our captains,
15  lieutenants, superintendents, all of our
16  supervisors.
17           Because of the doctors -- I guess
18  because of the doctors and the supervisors
19  conversation we didn't put -- we weren't authorized
20  to put anyone on disciplinary lockdown.  We only
21  carried out the order of disciplinary lockdown per
22  the supervisors, and psych inmates were not put on
23  disciplinary lockdown.
24  Q     Well, psych inmates in Division Three were