# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

COPY

| | |
|---|---|
| GENISE HART, CARMEN FELICIANO, | ) |
| ANN FRANCIS GELCO, HELEN KOSS, | ) |
| ANNE FRANCIS GELSOS, CAPRICE | ) |
| MORALES and MICHELLE GANDY, | ) |
| Individually and on behalf of a | ) |
| class, | ) |
| Plaintiffs, | ) |
| -vs- | )   No. 03 C 1768 |
| MICHAEL SHEAHAN, SHERIFF OF COOK | ) |
| COUNTY, in his official capacity, | ) |
| and THE COUNTY OF COOK | ) |
| Defendants. | ) |

    The deposition of GENISE HART called for examination pursuant to Notice and the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before LIZA MARIE REGAN, a notary public within and for the County of Cook and State of Illinois, at 222 North LaSalle Street, Suite 300, Chicago, Illinois, on the 29th day of January, 2008, at the hour of 4:17 p.m.

Reported By: Liza Marie Regan, CSR, RPR

License No.: 084-002477

McCorkle Court Reporters, Inc.
Chicago, IL   (312) 263-0052

```
 1  actually spend 40 days at the jail, did you?
 2      A.   No.
 3      Q.   You spent how long?
 4      A.   I spent half of that, I think.  Almost
 5  half.
 6      Q.   You said that a weekend lockdown took
 7  place during that incarceration period.
 8      A.   That was the second time, I think.  Go
 9  ahead.
10      Q.   Do you recall what tier you were on when
11  that weekend lockdown took place in Division Four?
12      A.   I was on N-2.
13      Q.   Now, during weekend lockdowns, do they
14  serve you meals as if there was no weekend
15  lockdown?
16      A.   They have somebody bring it to the -- for
17  you to get your stuff like through the chuck hole.
18      Q.   But in other words, you would still have
19  meals --
20      A.   You have somebody who opens the door.
21  They give you lunch through the chuck hole.  Then
22  at dinnertime, they open the doors and pass it to
23  you, slide it to you, whatever.
24      Q.   But they give it to you at the regular
```

1  times?

2      A.   I think the food would be much hotter if
3  we were out but no.

4      Q.   Who delivers the food during weekend
5  lockdowns?

6      A.   An inmate.

7      Q.   Worker inmate?

8      A.   Yes.  They'll let her out and then she'll
9  go around with the trays or the lunch, whatever.

10     Q.   Do they deliver medications during weekend
11 lockdowns?

12     A.   No.  I didn't -- no.

13     Q.   Were you ever on any prescribed
14 medications while incarcerated at the Cook County
15 jail?

16     A.   No, but I'm sure because a lot of
17 people -- see, the people holler about their
18 medicine and stuff, why can't I get it or somebody
19 in pain, they moaning all night hollering for the
20 nurse, stuff like that.

21     Q.   So you were at the jail for one weekend
22 lockdown for the domestic battery sentence.

23          What time did the weekend lockdown start
24 on -- you said Friday?