# EXHIBIT "B"

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GENISE HART, CARMEN )
FELICIANO, ANN FRANCIS )
GELCO, HELEN KOSS, CAPRICE )
MORALES, and MICHELLE GANDY, )
individually and on behalf ) No. 03 C 1768
of a class, )
)
      Plaintiffs, )
)
vs. )
)
THOMAS DART, SHERIFF OF COOK )
COUNTY, in his official )
capacity and Cook County, )
)
      Defendants. )

      The deposition of SCOTT KURTOVICH, called by the Plaintiffs for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Nicole Koziol, Certified Shorthand Reporter and Notary Public, at 222 North LaSalle Street, Suite 300, Chicago, Illinois, commencing at 10:30 a.m. on the 16th day of January, A.D., 2008.

1       Q.    Can, okay.

2       A.    What page are you on?

3       Q.    During a weekend long lockdown some
4  women in Division 3 or Division 4 would be in
5  their cells for more than 24 hours at one time,
6  correct?

7       MR. QUINN:  Objection to form.

8  BY THE WITNESS:

9       A.    No.

10      Q.    Why do you say "no"?

11      A.    Ask the question again.  During a
12 weekend what?

13      Q.    Some female inmates in Division 3 or 4
14 would be locked up in their cell for more than
15 24 hours at one time?

16      MR. QUINN:  Same objection.

17 BY THE WITNESS:

18      A.    That has potential, yes.

19      Q.    For the time period 2001 through the
20 weekend lockdown cease in Division 3 and
21 Division 4, did you ever take part in a search of
22 a tier?

23      MR. QUINN:  In Division 3 and 4?

24      MR. FARLEY:  Yes.

1  BY THE WITNESS:

2      A.    Me personally?

3      Q.    Yes.

4      A.    No, I don't think I did.  When was it?

5      Q.    2001.

6      A.    Now, I don't think I did.

7      Q.    Through the time period when they
8  ceased?

9      A.    I don't think I did, no.

10     Q.    It's your understanding during a weekend
11 lockdown of the tier all of the inmates would be
12 removed from their cells and placed in the day
13 room while their cells were being searched,
14 correct?

15     A.    Yes.

16     Q.    And is it also your understanding that
17 during that search the women would be strip
18 searched in the day room?

19     A.    I don't recall how they did it in 4.  I
20 think in 3 they moved them in the gym.  I don't
21 recall how they did it in 4.

22           Are you referring to a part of my
23 declaration that I could refresh myself?

24     Q.    No.

1  A. I don't recall exactly how it was done.

2  Q. Is it your understanding that they were
3  strip searched during the weekend lockdowns?

4  A. I believe they were.

5  Q. And is it your understanding that the
6  strip search occurred in a group setting?

7  A. Like I said, I don't recall how they did
8  it or where they did it.

9  Q. Do you know whether the female inmates
10 were afforded any privacy during their strip
11 searches?

12 A. Again, I don't know how it was done or
13 where it was done.

14 MR. QUINN: Objection to the characterization
15 of "privacy."

16 BY MR. FARLEY:

17 Q. At the time in Division 4 during the
18 weekend lockdowns there were privacy screens in
19 the women's gymnasium for strip searches, correct?

20 MR. QUINN: Objection to form. What year are
21 we talking about? You side during weekend
22 lockdowns.

23 BY MR. FARLEY:

24 Q. Prior to the weekend lockdowns ceasing

1  used during those searches?

2  MR. QUINN: I object again because I think it
3  was asked and answered. He said he doesn't really
4  know how they -- he previously testified he
5  doesn't know how they perform the strip searches
6  in the weekend lockdowns for the time period '01
7  through '03.

8  BY MR. FARLEY:

9  Q.  Is it your testimony you don't know
10 whether the women were strip searched in a group
11 setting or an individual setting?

12 A.  No, I do not know.

13 Q.  Is it your understanding during the
14 weekend lockdowns that the female inmates would
15 eat their meals in their cells?

16 A.  Again, weekend lockdowns and time frames
17 I don't think I can give you a clear, concise
18 answer. I can tell you if the wing was locked
19 down during that weekend they would have eaten
20 their meal in their cell. Whether it was the
21 entire weekend, that I couldn't tell you.

22 Q.  During the time period 2001 until the
23 weekend lockdowns ceased in Division 3 or 4 --
24 Strike that.