# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Genise Hart, Carmen Feliciano,<br>Ann Francis Gelco, Helen Koss<br>Caprice Morales  and<br>Michelle Gandy, individually and<br>and on behalf of a class,<br><br>Plaintiffs<br><br>vs.<br><br>MICHAEL SHEAHAN,<br>SHERIFF OF COOK COUNTY,<br>in his official capacity,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 03 C 1768<br><br>JUDGE: James Zagel<br>MAGISTRATE: Ashman |

### NOTICE OF MOTION

To:   See Service List

Please take notice that on November 4, 2008 at 10:30 a.m .or  as soon thereafter as this motion may be heard, I shall appear before the Honorable Magistrate Judge Ashman , of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 1386, 219 S. Dearborn Street, Chicago, Illinois, or in the absence of said Judge, before any other Judge or Magistrate who may be sitting in place or stead of said Judge and then and there present Plaintiff's MOTION TO EXPAND TIME FOR EXPERT TO FILE REPORT at which time and place you appear if you so desire.

Dated this 27TH  day of October, 2008 at Chicago, Illinois.

Respectfully submitted,

/s/ Thomas G. Morrissey
One of the plaintiffs attorneys

Thomas G. Morrissey
10249 S. Western Ave.
Chicago, Il. 60643
(773)233-7900

