

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   Kevin William Frey

FIRM:   Cook County State's Attorney's Office

STREET ADDRESS:   69 West Washington, Suite 2030

CITY/STATE/ZIP:   Chicago, Illinois 60602

PHONE NUMBER:   312-603-1440

E-MAIL ADDRESS:   kfrey@cookcountygov.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6281416

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 09 C 2334 | Concepcion v. Dart, et. al. | Denlow |
| 09 C 2435 | Robinson v. Dart, et. al. | Zagel |
| 09 C 3572 | Concepcion v. Lombardi, et. al. | Hart |
| 09 C 4051 | Cook v. Toledo, et. al. | Kendall |
| 09 C 878 | Harper v. Davis, et. al. | Hibbler |
| 03 C 1768 | Hart v. Dart, et. al. | Zagel |

_/s/ Kevin Frey_____           ____3-2-10_____
                 Attorney's Signature                                                                              Date