# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Genise Hart, Carmen Feliciano, Ann Francis Gelco, Helen Koss Caprice Morales and Michelle Gandy, individually and and on behalf of a class, | ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | No. 03 C 1768 |
| vs. | ) ) ) | JUDGE: James Zagel MAGISTRATE: Ashman |
| MICHAEL SHEAHAN, SHERIFF OF COOK COUNTY, in his official capacity, | | |
| Defendant | | |

## MOTION TO EXPAND TIME FOR FILING THE PRETRIAL ORDER

Now come the plaintiffs' by and through their attorneys, Thomas G. Morrissey and Robert H. Farley, Jr. and move this Honorable Court to expand the time to file the pretrial order. In support of this motion, plaintiffs state as follows:

1. The Court previously set May 4, 2010 as the date for the parties to file a pretrial order.

2. Due to other professional commitments, the undersigned attorney has been unable to timely provide defense counsel with an initial draft of a pretrial order..

3. The preparation of the pretrial order will take considerable time due to the complexity of the case.

Wherefore plaintiffs respectfully request the Court extend the time to file a pretrial order to July 1, 2010.

                        Respectfully submitted,

                        */s/ Thomas G. Morrissey*
                        One of the Attorneys for Plaintiffs

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, IL 60652
Phone: 773-233-7900
Fax:    773-239-0387

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd.
1155 S. Washington Street
Naperville, IL 60540
Phone: 630-369-0103
Fax:    630-369-019

## CERTIFICATE OF SERVICE

I, Thomas G. Morrissey, Attorney for the Plaintiffs, deposes and states that he caused the foregoing Motion to file a pretrial order, by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 12th day of April, 2010

/s/ Thomas G. Morrissey.

Attorneys for the Defendants

Mr. Patrick Smith
Office of the State's Attorneys
500 Richard J. Daley Center
Chicago, IL 60602