# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Genise Hart, Carmen Feliciano, Ann Francis Gelco, Helen Koss Caprice Morales and Michelle Gandy, individually and and on behalf of a class, | ) ) ) ) ) ) ) | |
| Plaintiffs | ) ) | No. 03 C 1768 |
| vs. | ) ) | JUDGE: James Zagel |
| | ) | MAGISTRATE: Ashman |
| MICHAEL SHEAHAN, SHERIFF OF COOK COUNTY, in his official capacity, | ) ) ) ) | |
| Defendant | ) ) | |

## NOTICE OF MOTION

To:   See Service List

Please take notice that on April 20, 2010 at 10:15 a. m. or as soon thereafter as this motion may be heard, I shall appear before the Honorable James Zagel, of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 2503, 219 S. Dearborn Street, Chicago, Illinois, or in the absence of said Judge, before any other Judge or Magistrate who may be sitting in place or stead of said Judge and then and there present Plaintiffs' Motion To Extend the Date For Filing the Pretrial Order at which time and place you appear if you so desire.

Dated this 12th day of April, 2010 at Chicago, Illinois.

Respectfully submitted,

/s/ Thomas G. Morrissey
One of the plaintiffs attorneys

Thomas G. Morrissey
10249 S. Western Ave.
Chicago, Il. 60643
(773)233-7900

