## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Carmen Feliciano, et al.

                                   Plaintiff,

v.                                                          Case No.: 1:03–cv–01768
                                                            Honorable James B. Zagel

County of Cook, et al.

                                   Defendant.

<br>

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 8, 2010:

        MINUTE entry before Honorable James B. Zagel:Status hearing held on 7/8/2010.
Trial date to be determined. Status hearing set for 9/8/2010 at 10:00 AM.Mailed
notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.