# EXHIBIT "A"

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. That is your job, and yours alone.

Your second duty is to apply the law that I give you to the facts. You most follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow them all of them.

Perform those duties fairly and impartially. Do not allow sympathy or prejudice to influence you.

Nothing I say now, and nothing I said during the trial, is meant to indicate any opinion on my part about what the facts are or about what your verdict should be.

Plaintiffs' 1
Seventh Circuit 1.01

Given        _____
Refused      _____
Withdrawn    _____

During this trial, I have asked a witness a question myself. Do not assume that because I asked questions I hold any opinion on the matters I asked about, or on what the outcome of the case should be.

Plaintiffs' 2
Seventh Circuit 1.02


Given          _____
Refused        _____
Withdrawn      _____

In this case one of the defendants is a municipal corporation. All parties are equal before the law. A municipal corporation is entitled to the same fair consideration that you would give any individual person.

Plaintiffs' 3
Seventh Circuit 1.03


Given      _____
Refused    _____
Withdrawn  _____

The evidence consists of the testimony of the witnesses, the exhibits admitted in evidence, and stipulations.

A stipulation is an agreement between both sides that certain facts are true.

Plaintiffs' 4
Seventh Circuit 1.04

Given        _____
Refused      _____
Withdrawn    _____

You have heard witnesses give opinions about matters requiring special knowledge or skill. You should judge this testimony in the same way that you judge the testimony of any other witness. The fact that such person has give an opinion does not mean that you are required to accept it. Give the testimony whatever weight you think it deserves, considering the reasons given for the opinion, the witness's qualifications, and all of the other evidence in the case.

Plaintiffs' 5
Seventh Circuit 1.21


Given          _____
Refused        _____
Withdrawn      _____

Certain thins are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you have seen or heard outside the courtroom is not evidence and must be entirely disregarded. This includes any press, radio, Internet or television reports you have seen or heard. Such reports are not evidence and your verdict must not be influenced in any way by such publicity.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

Plaintiffs' 6
Seventh Circuit 1.06

Given        _____
Refused      _____
Withdrawn    _____

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

Plaintiffs' 7
Seventh Circuit 1.07

Given        _____
Refused      _____
Withdrawn    _____

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question regardless of who introduced it.

Plaintiffs' 8
Seventh Circuit 1.08


Given        _____
Refused      _____
Withdrawn    _____

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

Plaintiffs' 9
Seventh Circuit 1.09


Given          _____
Refused        _____
Withdrawn      _____

You should use common sense in weighting the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists.  In law we call this an "inference."  A jury is allowed to make reasonable inferences.  Any inference you make must be reasonable and must be based on the evidence in the case.

Plaintiffs' 10
Seventh Circuit 1.11


Given        _____
Refused      _____
Withdrawn    _____

You may heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have persona knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, <u>direct evidence</u> that it is raining is testimony from a witness who says, "I was outside a minute ago and I saw it raining." <u>Circumstantial evidence</u> that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no difference between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give to any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

Plaintiffs' 11
Seventh Circuit 1.12


Given          _____
Refused        _____
Withdrawn      _____

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluation the testimony of any witness, including any party to the case, you may consider, among other things:

The ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

The witness's memory;

Any interest, bias, or prejudice the witness may have;

The witness's intelligence;

The manner of the witness while testifying;

And the reasonableness of the witness's testimony in light of all the evidence in the case.

Plaintiffs' 12
Seventh Circuit 1.13

Given       _____
Refused     _____
Withdrawn   _____

You may consider statements give by any party or witness under oath before trial as evidence of the truth of what he said in the earlier statements, as well as in deciding what weight to give his testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement or acted in a manner that is inconsistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give to his testimony here in court.

In considering a prior inconsistent statement, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

Plaintiffs' 13
Seventh Circuit 1.14

Given        _____
Refused      _____
Withdrawn    _____

It is proper for a lawyer to meet with any witness in preparation for trial.

Plaintiffs' 14
Seventh Circuit 1.16


Given          _____
Refused        _____
Withdrawn      _____

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a large number.  You need not accept the testimony of the larger number of witnesses.

Plaintiffs' 15
Seventh Circuit 1.17


Given        _____
Refused      _____
Withdrawn    _____

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial.  Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

Plaintiffs' 16
Seventh Circuit 1.18

Given          _____
Refused        _____
Withdrawn      _____

You have heard witnesses give opinions about matters requiring special knowledge or skill. You should just this testimony in the same way that you judge the testimony of any other witness. The fact that such person has given an opinion does not mean that you are required to accept it. Give the testimony whatever weight you think it deserves, considering the reasons given for the opinion, the witness's qualifications, and all of the other evidence in the case.

Plaintiffs' 17
Seventh Circuit 1.21


Given        _____
Refused      _____
Withdrawn    _____

You must give separate consideration to each claim and each party in this case.  Although there are three plaintiffs, it does not follow that if one is successful, the others are, too.

Plaintiffs' 18
Seventh Circuit 1.25   (modified to delete references to separate considerations to each
                                      defendant)

Given          _____
Refused        _____
Withdrawn      _____

When I say a particular party must prove something by "a preponderance of the evidence," or when I use the expression, "if you find," or "if you decide," this is what I mean: When you have considered all the evidence in this case, you must be persuaded that is more probably true than not true.

Plaintiffs' 18
Seventh Circuit 1.27


Given        _____
Refused      _____
Withdrawn    _____

To succeed on her claim about the conditions of their confinement, the Plaintiff must prove each of the following things by a preponderance of the evidence:

1. Plaintiff was in custody under conditions that posed a substantial risk of serious harm to her health or safety;

2. Defendant was deliberately indifferent to Plaintiff's health or safety;.

3. The Plaintiff's detention was unreasonably protracted. That during the unreasonably protracted detention, the Plaintiff was out of sight and hearing of the guards. That a risk of serious harm arose to the Plaintiff because of the unreasonably protracted detention out of sight and hearing of the guards.

If you find that Plaintiff has proved each of these things by a preponderance of the evidence, then you should find for Plaintiff; and go on to consider the question of damages.

If, on the other hand, you find that Plaintiff has failed to prove any one of these things by a preponderance of the evidence, then you should find for Defendant and you will not consider the question of damages.

Plaintiffs' 19
Seventh Circuit 7.10   (modified) *Hart v. Sheahan,* 396 F.3d 887, 894 (7th Cir. 2005);
and Doc. 100.

Given        _____
Refused      _____
Withdrawn    _____

To succeed on her claim of failure to provide medical attention, Plaintiff must prove each of the following things by a preponderance of the evidence:

1. Plaintiff had a serious medical need;

2. Defendant was deliberately indifference to Plaintiff's serious medical need;

3. Defendant's conduct caused harm to Plaintiff;

If you find that Plaintiff has proved each of these things by a preponderance of the evidence, then you should find for Plaintiff, and go on to consider the question of damages.

If, on the other hand, you find that Plaintiff has failed to prove any one of these things by a preponderance of the evidence; then you should find for Defendant, and you will not consider the question of damages.

Plaintiffs' 20
Seventh Circuit 7.12

Given         _____
Refused       _____
Withdrawn     _____

When I use the term "serious medical need," I mean a condition that a doctor says require treatment, or something so obvious that even someone who is not a doctor would recognize it as requiring treatment.  In deciding whether a medical need is serious, you should consider the following factors:

–  the severity of the condition;

–  the harm including pain and suffering that could result from a lack of medical care;

–  whether providing treatment was feasible; and

–  the actual harm caused by the lack of medical care.

Plaintiffs' 21
Seventh Circuit 7.13

Given _____
Refused _____
Withdrawn _____

When I use the term "deliberately indifferent," I mean that Defendant actually knew of a substantial risk of serious harm, and that Defendant consciously disregarded this risk by failing to take reasonable measures to deal with it.

Plaintiffs' 22
Seventh Circuit 7.14

Given          _____
Refused        _____
Withdrawn      _____

If you find that Plaintiff has proved her claim against Defendant, then you must determine what amount of damages, if any, Plaintiff is entitled to recover.

If you find that Plaintiff has failed to prove her claim against Defendant, then you will not consider the question of damages.

Plaintiffs' 23
Seventh Circuit 7.22

Given          _____
Refused        _____
Withdrawn      _____

If you find in favor of Plaintiff, then you must determine the amount of money that will fairly compensate Plaintiff for any injury that you find she sustained as a direct result of the conditions of her confinement.

Plaintiff must prove her damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

1. The physical and mental/emotional pain and suffering that Plaintiff has experienced. No evidence of the dollar value of physical or mental/emotional pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and suffering. You are to determine an amount that will fairly compensate the Plaintiff for the injury she has sustained.

Plaintiffs' 24
Seventh Circuit 7.23

Given        _____
Refused      _____
Withdrawn    _____

If you find in favor of Plaintiff, then you must determine the amount of money that will fairly compensate Plaintiff for any injury that you find she sustained as a direct result of the failure to provide medical attention.

Plaintiff must prove her damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

1. The physical and mental/emotional pain and suffering that Plaintiff has experienced. No evidence of the dollar value of physical or mental/emotional pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and suffering. You are to determine an amount that will fairly compensate the Plaintiff for the injury she has sustained.

Plaintiffs' 25
Seventh Circuit 7.23

Given     _____
Refused    _____
Withdrawn   _____

Upon retiring to the jury room, you must select a presiding juror.  The presiding juror will preside over your deliberations and will be your representative her in court.

Forms of verdicts have been prepared for you.

[Forms of verdict read.]

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in and date the appropriate form, and all of you will sign it.

Plaintiffs' 26
Seventh Circuit 1.32

Given          _____
Refused        _____
Withdrawn      _____

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

If you do communicate with me, you should not indicate in your note what your numerical division is, if any.

Plaintiffs' 27
Seventh Circuit 1.33

Given        _____
Refused      _____
Withdrawn    _____

The verdict must represent the considered judgment of each juror. Your verdict, whether for or against the parties, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your difference with an open mind. Do not hesitate to reexamine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous vote.

All of you should give fair and equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror. You are impartial judges of the facts.

Plaintiffs' 28
Seventh Circuit 1.34

Given          _____
Refused        _____
Withdrawn      _____