# EXHIBIT "B"

Members of the jury, you have seen and heard all the evidence and arguments of the attorneys. Now I will instruct you on the law.

You have two duties as a jury. Your first duty is to decide the facts from the evidence in the case. This is your job, and yours alone.

Your second job is to apply the law that I give you to the facts. You must follow these instructions, even if you disagree with them. Each of the instructions is important, and you must follow all of them.

Perform these duties fairly and impartially. Do not allow sympathy, prejudice, fear, or public opinion to influence you. You should not be influenced by any person's race, color, religion, national ancestry, or sex.

Nothing I say now, and nothing I said or did during the trial, is meant to indicate any opinion on my part about what the facts are or about what the verdict should be.

7th Cir. Pattern Civil Jury Instruction 1.01

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

During the trial, I have asked a witness a question myself.  Do not assume that because I asked questions I hold any opinion on the matters I asked about, or on what the outcome of the case should be.

7th Cir. Pattern Civil Jury Instruction 1.02

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

In this case one of the Defendants is a municipal corporation. All parties are equal before the law. A local public entity is entitled to the same fair consideration that you would give any individual person.

7th Cir. Pattern Civil Jury Instruction 1.03

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

The evidence consists of the testimony of the witnesses [,] and the exhibits admitted in evidence [, and stipulation[s]].

[A stipulation is an agreement between both sides that [certain facts are true][that a person would have given certain testimony].]

[I have taken judicial notice of certain facts. You must accept those facts as proved.]

7th Cir. Pattern Civil Jury Instruction 1.04

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

Certain things are not to be considered as evidence. I will list them for you:

First, if I told you to disregard any testimony or exhibits or struck any testimony or exhibits from the record, such testimony or exhibits are not evidence and must not be considered.

Second, anything that you may have seen or heard outside the courtroom is not evidence and must be entirely disregarded. This includes any press, radio, Internet or television reports you may have seen or heard. Such reports are not evidence and your verdict must not be influenced in any way by such publicity.

Third, questions and objections or comments by the lawyers are not evidence. Lawyers have a duty to object when they believe a question is improper. You should not be influenced by any objection, and you should not infer from my rulings that I have any view as to how you should decide the case.

Fourth, the lawyers' opening statements and closing arguments to you are not evidence. Their purpose is to discuss the issues and the evidence. If the evidence as you remember it differs from what the lawyers said, your memory is what counts.

7th Cir. Pattern Civil Jury Instruction 1.06

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

Any notes you have taken during this trial are only aids to your memory. The notes are not evidence. If you have not taken notes, you should rely on your independent recollection of the evidence and not be unduly influenced by the notes of other jurors. Notes are not entitled to any greater weight than the recollections or impressions of each juror about the testimony.

7th Cir. Pattern Civil Jury Instruction 1.07

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

In determining whether any fact has been proved, you should consider all of the evidence bearing on the question regardless of who introduced it.

7th Cir. Pattern Civil Jury Instruction 1.08

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You will recall that during the course of this trial I instructed you that I admitted certain evidence for a limited purpose. You must consider this evidence only for the limited purpose for which it was admitted.

7th Cir. Pattern Civil Jury Instruction 1.09

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You should use common sense in weighing the evidence and consider the evidence in light of your own observations in life.

In our lives, we often look at one fact and conclude from it that another fact exists. In law we call this "inference." A jury is allowed to make reasonable inferences. Any inference you make must be reasonable and must be based on the evidence in the case.

7th Cir. Pattern Civil Jury Instruction 1.11

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN____
OBJECTION____
REFUSED____
WITHDRAWN____

You may have heard the phrases "direct evidence" and "circumstantial evidence." Direct evidence is proof that does not require an inference, such as the testimony of someone who claims to have personal knowledge of a fact. Circumstantial evidence is proof of a fact, or a series of facts, that tends to show that some other fact is true.

As an example, <u>direct evidence</u> that it is raining is testimony from a witness who says, "I was outside a minute ago and I saw it raining." <u>Circumstantial evidence</u> that it is raining is the observation of someone entering a room carrying a wet umbrella.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should decide how much weight to give any evidence. In reaching your verdict, you should consider all the evidence in the case, including the circumstantial evidence.

7th Cir. Pattern Civil Jury Instruction 1.12

<u>Genise Hart, et. al., v. Thomas Dart, et. al</u>, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN____
OBJECTION____
REFUSED____
WITHDRAWN____

You must decide whether the testimony of each of the witnesses is truthful and accurate, in part, in whole, or not at all. You also must decide what weight, if any, you give to the testimony of each witness.

In evaluating the testimony of any witness, including any party to the case, you may consider, among other things:

- the ability and opportunity the witness had to see, hear, or know the things that the witness testified about;

- the witness's memory;

- any interest, bias, or prejudice the witness may have;

- the witness's intelligence;

- the manner of the witness while testifying;

- and the reasonableness of the witness's testimony in light of all the evidence in the case.

7th Cir. Pattern Civil Jury Instruction 1.13

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You may consider statements given by any party or witness under oath before trial as evidence of the truth of what he said in the earlier statements, as well as in deciding what weight to give his testimony.

With respect to other witnesses, the law is different. If you decide that, before the trial, one of these witnesses made a statement not under oath or acted in a manner that is inconsistent with his testimony here in court, you may consider the earlier statement or conduct only in deciding whether his testimony here in court was true and what weight to give his testimony here in court.

In considering a prior inconsistent statements or conduct, you should consider whether it was simply an innocent error or an intentional falsehood and whether it concerns an important fact or an unimportant detail.

7th Cir. Pattern Civil Jury Instruction 1.14

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that Ann Gelso has been convicted of a crime. You may consider this evidence only in deciding whether Ann Gelso's testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

7th Cir. Pattern Civil Jury Instruction 1.15

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that Helen Koss has been convicted of a crime. You may consider this evidence only in deciding whether Helen Koss' testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

7th Cir. Pattern Civil Jury Instruction 1.15

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that Michelle Gandy has been convicted of a crime. You may consider this evidence only in deciding whether Michelle Gandy's testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

7th Cir. Pattern Civil Jury Instruction 1.15

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that Caprice Morales' has been convicted of a crime. You may consider this evidence only in deciding whether Caprice Morales' testimony is truthful in whole, in part, or not at all. You may not consider this evidence for any other purpose.

7th Cir. Pattern Civil Jury Instruction 1.15

<u>Genise Hart, et. al., v. Thomas Dart, et. al</u>, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

It is proper for a lawyer to meet with any witness in preparation for trial.

7th Cir. Pattern Civil Jury Instruction 1.16

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

7th Cir. Pattern Civil Jury Instruction 1.17

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

The law does not require any party to call as a witness every person who might have knowledge of the facts related to this trial. Similarly, the law does not require any party to present as exhibits all papers and things mentioned during this trial.

7th Cir. Pattern Civil Jury Instruction 1.18

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

Certain [describe demonstrative exhibit] have been shown to you. Those [exhibits] are used for convenience and to help explain the facts of the case. They are not themselves evidence or proof of any facts.

7th Cir. Pattern Civil Jury Instruction 1.24

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You must give separate consideration to each claim and each party in this case. Although there are three (3) plaintiffs, it does not follow that if one is successful, the others are, too.

7th Cir. Pattern Civil Jury Instruction 1.25

<u>Genise Hart, et. al., v. Thomas Dart, et. al</u>, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

When I say a particular party must prove something by a "preponderance of the evidence," or when I use the expression "if you find" or "if you decide," this is what I mean: When you have considered all the evidence in the case, you must be persuaded that it is more probably true that not true.

7th Cir. Pattern Civil Jury Instruction 1.27

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

When I use the expression "proximate cause," I mean that cause which, in the natural or probable sequence produced the Plaintiff's injury.

IPI 15.01 (modified)

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

If you decide for the Defendants on the question of liability, then you should not consider the question of damages.

7th Cir. Pattern Civil Jury Instruction 1.31

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN____
OBJECTION____
REFUSED____
WITHDRAWN____

Upon retiring to the jury room, you must select a presiding juror.  The presiding juror will preside over your deliberations and will be your representative here in court.

Forms of verdict have been prepared for you.

[Forms of verdict read]

Take these forms to the jury room, and when you have reached unanimous agreement on the verdict, your presiding juror will fill in and date the appropriate form, and all of you will sign it.

7th Cir. Pattern Civil Jury Instruction 1.32

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

I do not anticipate that you will need to communicate with me. If you do need to communicate with me, the only proper way is in writing. The writing must be signed by the presiding juror, or, if he or she is unwilling to do so, by some other juror. The writing should be given to the marshal, who will give it to me. I will respond either in writing or by having you return to the courtroom so that I can respond orally.

If you do communicate with me, you should not indicate in your note what your numerical division is, if any.

7th Cir. Pattern Civil Jury Instruction 1.33

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

The verdict must represent the considered judgment of each juror. Your verdict, whether for or against the parties, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with one another, express your own views, and listen to the opinions of your fellow jurors. Discuss your differences with an open mind. Do not hesitate to reexamine your own views and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence solely because of the opinions of other jurors or for the purpose of returning a unanimous verdict.

All of you should give fair an equal consideration to all the evidence and deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror. You are impartial judges of the facts.

7th Cir. Pattern Civil Jury Instruction 1.34

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN____
OBJECTION____
REFUSED____
WITHDRAWN____

We are about to take our first break during the trial, and I want to remind you of the instructions I gave you earlier. Until the trial is over, you are not to discuss this case with anyone, including your fellow jurors, members of your family, people involved in the trial, or anyone else. If anyone approaches you and tries to talk to you about the case, do not tell your fellow jurors but advise me about it immediately. Do not read or listen to any news reports of the trial. Finally, remember to keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every break that we take, but keep them in mind throughout the trial.

7th Cir. Pattern Civil Jury Instruction 2.01

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

I understand that reports about this trial [or about this incident] are appearing in the newspaper and [or] on radio and television [and the internet]. The reporters may not have heard all the testimony as you have, may be getting information from people whom you will not see here under oath and subject to cross examination, may emphasize an unimportant point, or may simply be wrong.

You must not read anything or listen to anything or watch anything with regard to this trial. It would be a violation of your oath as jurors to decide this case on anything other than the evidence presented at trial and your common sense. You must decide the case solely and exclusively on the evidence that will be received here in court.

7th Cir. Pattern Civil Jury Instruction 2.02

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768

Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

The parties have stipulated or agreed [name's] testimony would be if [name] were called as a witness. You should consider that testimony in the same way as if [name] had given the testimony here in court.

7th Cir. Pattern Civil Jury Instruction 2.04

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN____
OBJECTION____
REFUSED____
WITHDRAWN____

The parties have stipulated, or agreed, that [stipulated fact]. You must now treat this fact as having been proved for the purpose of this case.

7th Cir. Pattern Civil Jury Instruction 2.05

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

I have decided to accept as proved the fact that [e.g., *the city of Milwaukee is north of the city of Chicago*]. You must now treat this fact as having been proved for the purpose of this case.

7th Cir. Pattern Civil Jury Instruction 2.06

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that witness Ann Gelso has been convicted of a crime. You may use that evidence only to help you decide whether to believe the witness and how much weight to give her testimony.

7th Cir. Pattern Civil Jury Instruction 2.11

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that witness Helen Koss has been convicted of a crime. You may use that evidence only to help you decide whether to believe the witness and how much weight to give her testimony.

7th Cir. Pattern Civil Jury Instruction 2.11

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that witness Michelle Gandy has been convicted of a crime. You may use that evidence only to help you decide whether to believe the witness and how much weight to give her testimony.

7th Cir. Pattern Civil Jury Instruction 2.11

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

You have heard evidence that witness Caprice Morales has been convicted of a crime. You may use that evidence only to help you decide whether to believe the witness and how much weight to give her testimony.

7th Cir. Pattern Civil Jury Instruction 2.11

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

I have a duty to caution or warn an attorney who does something that I believe is not in keeping with the rules of evidence or procedure. You are not to draw any inference against the side whom I may caution or warn during the trial.

7th Cir. Pattern Civil Jury Instruction 2.14

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ____

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

When I say that a person acts "under color of law," I mean that a person uses or misuses authority that he has because of his official position.

7th Cir. Pattern Civil Jury Instruction 7.03

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

To succeed on her claim about the conditions of confinement, each Plaintiff must prove each of the following things by a preponderance of the evidence:

    1.    Plaintiff was incarcerated under conditions that posed a substantial risk of serious harm to her health or safety;

    2.    Defendant's weekend lockdown policy and prescribed practices:

        a.  were not followed by employees of Defendant;
        b.  any noncompliance by employees of Defendant were not isolated failures, but a system-wide failure; and
        c.  Defendant knew or should have known of the system-wide failures and consequences of the noncompliance;

    3.    Defendant was deliberately indifferent to Plaintiff's health or safety;

    4.    Defendant acted under color of law;

    5.    Defendant's conduct caused harm to Plaintiff.

If you find that Plaintiff has proved each of these things by a preponderance of the evidence, then you should find for Plaintiff, and go on to consider the question of damages.

If, on the other hand, you find that Plaintiff has failed to prove any one of these things by a preponderance of the evidence, then you should find for Defendant, and you will not consider the question of damages.

7th Cir. Pattern Civil Jury Instruction 7.10 (modified), Document 201

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

When I use the term "deliberately indifferent," I mean the Defendant actually knew of a substantial risk of serious harm, and that Defendant consciously disregarded this risk by failing to take reasonable measures to deal with it.

7th Cir. Pattern Civil Jury Instruction 7.14

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___

If you find that Plaintiff, NAME, has proved any of her claims against the Defendant, then you must determine what amount of damages, if any, Plaintiff is entitled to recover.

If you find that Plaintiff has failed to prove her claims, then you will not consider the question of damages.

7th Cir. Pattern Civil Jury Instruction 7.22

Morales v. Thomas Dart et al, 09 C 3546
Joint/Defendants' Instruction No. ____

GIVEN____
OBJECTION____
REFUSED____
WITHDRAWN____

If you find in favor of Plaintiff, then you must determine the amount of money that will fairly compensate, NAME, for any injury that you find she sustained as a direct and proximate result of Defendants' misconduct. These are called "compensatory damages".

Plaintiff must prove her damages by a preponderance of the evidence. Your award must be based on evidence and not speculation or guesswork. This does not mean, however, that compensatory damages are restricted to the actual loss of money; they include both the physical and mental aspects of injury, even if they are not easy to measure.

You should consider the following types of compensatory damages, and no others:

The physical and mental/emotional pain and suffering that Plaintiff experienced. No evidence of the dollar value of physical or mental/emotional pain and suffering has been or needs to be introduced. There is no exact standard for setting the damages to be awarded on account of pain and suffering. You are to determine an amount that will fairly compensate the Plaintiff for the injury she has sustained.

If you find in favor of the Plaintiff but find that the plaintiff has failed to prove compensatory damages, you must return a verdict for Plaintiff in the amount of one dollar ($1.00).

7th Cir. Pattern Civil Jury Instruction 7.23

Genise Hart, et. al., v. Thomas Dart, et. al, 03 C 1768
Joint/Defendants' Instruction No. ___

GIVEN___
OBJECTION___
REFUSED___
WITHDRAWN___