IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Genise Hart, et. al., )<br>)<br>Plaintiffs, )<br>)<br>) | No. 03 C 1768 |
| ) | |
| vs. ) | JUDGE: James Zagel |
| ) | MAGISTRATE: Ashman |
| Thomas Dart, Sheriff of Cook County, )<br>in his official capacity, and Cook County )<br>)<br>Defendants. ) | |

**PLAINTIFFS' MOTION REQUESTING PLAINTIFF MICHELLE GANDY
BE BROUGHT BEFORE THIS COURT FOR TRIAL**

Now come the Plaintiffs' by and through their attorneys, Thomas G. Morrissey, Ltd., and Robert H. Farley, Jr., Ltd. and requests that the Plaintiffs' enter an Order that the Plaintiff Michelle Gandy be brought before this Court for Trial, and in support thereof states as follows:

1. Trial is scheduled to commence on March 8, 2011 at 10:30 a.m.

2. That one of the Plaintiffs, Michelle Gandy (Inmate No. K00720) is presently in custody with the Illinois Department of Corrections in Decatur, Illinois.

WHEREFORE, the Plaintiffs' request that this Court enter an Order directing the Illinois Department of Corrections to bring before this Court, Michelle Gandy (Inmate No. K00720) on March 8, 2011 at 9:30 a.m. to Courtroom 2503 at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, for the trial of her case.

1

Respectfully submitted,

*/s/ Thomas G. Morrissey*
One of the Attorneys for Plaintiffs

Thomas G. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, IL 60652
Phone: 773-233-7900
Fax:    773-239-0387

Robert H. Farley, Jr.
Robert H. Farley, Jr., Ltd.
1155 S. Washington Street
Naperville, IL 60540
Phone: 630-369-0103
Fax:    630-369-019

## **CERTIFICATE OF SERVICE**

I, Robert H. Farley, Jr., Attorney for the Plaintiffs, deposes and states that he caused the foregoing Plaintiffs Motion Requesting Plaintiff Michelle Gandy be brought before the Court for Trial, by electronically filing said document with the Clerk of the Court using the CM/ECF system, this 24th day of February, 2011.

/s/ *Robert H. Farley, Jr..*