# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Carmen Feliciano, et al.
                     Plaintiff,

v.                                          Case No.: 1:03−cv−01768
                                                 Honorable James B. Zagel

County of Cook, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 8, 2011:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 3/8/2011. Motion in limine [264] is granted in part and denied in part. Motion to amend/correct [267] is granted. Motion for leave to file [269] is granted. Motion to amend/correct [271] is granted. Oral motion of plaintiff to dismiss the claims of Michelle Gandy is granted.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.